**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103 I.B.E.W., individually and on behalf of all others similarly situated, | C.A. No.  1:19-cv-01911-CFC |
| Plaintiff, | CLASS ACTION |
| v. | |
| THE CHEMOURS COMPANY, MARK P. VERGNANO, and MARK E. NEWMAN, | |
| Defendants. | |
| YU SAW, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | C.A. No.  1:19-cv-02074-CFC |
| v. | CLASS ACTION |
| THE CHEMOURS COMPANY, MARK P. VERGNANO, and MARK E. NEWMAN, | |
| Defendants. | |

**UNOPPOSED MOTION FOR CONSOLIDATION OF RELATED
ACTIONS AND ESTABLISHING BRIEFING SCHEDULE FOR
APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

Plaintiff Yu Saw ("Saw") hereby respectfully moves this Court for entry of an

Order: (i) consolidating the above-captioned actions (the "Related Actions")

pursuant to Fed. R. Civ. P. 42(a); and (ii) extending deadlines under D. Del. LR

7.1.2.(b) for responsive and reply briefs filed in connection with any motions for

appointment as Lead Plaintiff and approval of Lead Counsel in the consolidated

action (the "Consolidated Action") filed pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). Saw requests this relief in light of the following facts:

On October 8, 2019, Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Electrical Workers"), a stockholder of The Chemours Company, filed a Verified Complaint for Violations of the Federal Securities Laws captioned *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. The Chemours Company, et al.*, C.A. No. 1:19-cv-01911-CFC (the "Electrical Workers' Action").

On October 31, 2019, Saw, a stockholder of The Chemours Company, filed a Verified Complaint for Violations of the Federal Securities Laws captioned *Saw v. The Chemours Company, et al.*, C.A. No. 1:19-cv-02074-CFC (the "Saw Action").

Consolidation is appropriate under Fed. R. Civ. P. 42(a) where actions involve common questions of law or fact. The Related Actions both assert claims for violations of federal securities laws against The Chemours Company and its officers Mark P. Vergnano and Mark E. Newman arising from the same or substantially similar facts, occurrences, and transactions. As such, the Related Actions involve common questions of both law ***and*** fact, and consolidation is plainly warranted.

The Related Actions are governed by the PSLRA, 15 U.S.C. § 78u–4, which provides for, *inter alia*, the appointment of a Lead Plaintiff and Lead Counsel.

Pursuant to the PSLRA, 15 U.S.C. § 78u–4(a)(3)(A)(i)(II), any member of the putative Class in the Related Actions may seek appointment as Lead Plaintiff and approval of their selection of Lead Counsel within sixty (60) days of the publication of notice of pendency of the first of the Related Actions to be filed. Here, any motions for the appointment of Lead Plaintiff and Lead Counsel are due on December 9, 2019—*i.e.*, sixty (60) days from the publication of the notice of pendency of the first-filed Electrical Workers Action on October 9, 2019.

Pursuant to D. Del. LR 7.1.2.(b), responses to any motion(s) for appointment of Lead Plaintiff and Lead Counsel would be due on December 23, 2019, and any replies on December 30, 2019. Given the proximity of these deadlines to the Christmas and New Year's holidays, and being mindful of holiday observances by the current parties to the action, potential Lead Plaintiff movants not yet before the Court, their counsel, and Court personnel, Saw respectfully requests that the deadlines for responsive and reply briefs in connection with Lead Plaintiff motions filed in the Consolidated Action be extended until January 6, 2020 and January 13, 2020, respectively. Saw respectfully submits that the requested two-week adjournment of these deadlines will not unduly delay the prosecution of this litigation.

Before filing this motion, Saw conferred with Electrical Workers several times via email and telephone, beginning on October 31, 2019, and proposed that

the parties enter into a stipulation and submit a proposed order to the same effect rather than proceed via motion practice. While Electrical Workers initially indicated receptiveness to Saw's proposal, Electrical Workers subsequently expressed a reluctance to join the stipulation. On November 22, 2019, Saw informed Electrical Workers of his intent to file the instant motion if Electrical Workers was unwilling to enter into a stipulation to the same effect, and requested that Electrical Workers advise Saw as to its position regarding the contemplated motion. Electrical Workers' Delaware counsel ultimately informed Saw's Delaware counsel that it would not oppose the motion.

As of the time of this submission, the above-captioned defendants have yet to appear in the Related Actions, and Saw was thus unable to confer with them regarding this motion.

ANDREWS & SPRINGER LLC

*/s/ David M. Sborz*

Peter B. Andrews (#4623)
Craig J. Springer (#5529)
David M. Sborz (#6203)
3801 Kennett Pike
Building C, Suite 305
Wilmington, DE 19807
(302) 504-4957
Email: pandrews@andrewsspringer.com
         cspringer@andrewsspringer.com
         dsborz@andrewsspringer.com

*Attorneys for Plaintiff Yu Saw*

*Of Counsel:*

Jeremy A. Lieberman
J. Alexander Hood II
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100
Email: jalieberman@pomlaw.com
         ahood@pomlaw.com

Dated: November 26, 2019

4

# CERTIFICATE OF COMPLIANCE WITH TYPEFACE REQUIREMENT AND TYPE-VOLUME LIMITATION

The foregoing motion complies with the typeface requirement of Judge Connolly's Standing Order Regarding Briefing in All Cases, entered on November 6, 2019 (the "Order"), because all text, including footnotes, is in Times New Roman 14-point typeface.

The foregoing unopposed motion complies with the word type-volume limitation set forth in the Order because the document contains 664 words.

ANDREWS & SPRINGER LLC

 /s/ David M. Sborz
Peter B. Andrews (#4623)
Craig J. Springer (#5529)
David M. Sborz (#6203)
3801 Kennett Pike
Building C, Suite 305
Wilmington, DE 19807
(302) 504-4957
Email: pandrews@andrewsspringer.com
        cspringer@andrewsspringer.com
        dsborz@andrewsspringer.com

*Attorneys for Plaintiff Yu Saw*

Dated: November 26, 2019