# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103 I.B.E.W., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CHEMOURS COMPANY, MARK P. VERGNANO, and MARK E. NEWMAN,<br><br>　　　　Defendants. | C.A. No.  1:19-cv-01911-CFC<br><br><u>CLASS ACTION</u> |
| YU SAW, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CHEMOURS COMPANY, MARK P. VERGNANO, and MARK E. NEWMAN,<br><br>　　　　Defendants. | C.A. No.  1:19-cv-02074-CFC<br><br><u>CLASS ACTION</u> |

## [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND ESTABLISHING BRIEFING SCHEDULE FOR APPOINTMENT OF LEAD <u>PLAINTIFF AND LEAD COUNSEL</u>

WHEREAS, on October 8, 2019, Electrical Workers Pension Fund, Local 103, I.B.E.W., a stockholder of The Chemours Company, filed a Verified Complaint for Violations of the Federal Securities Laws captioned *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. The Chemours Company, et al.*, C.A. No. 1:19-cv-01911-CFC (the "Electrical Workers' Action");

WHEREAS, on October 31, 2019, Yu Saw, a stockholder of The Chemours Company, filed a Verified Complaint for Violations of the Federal Securities Laws captioned *Saw v. The Chemours Company, et al.*, C.A. No. 1:19-cv-02074-CFC (the "Saw Action" and, together with the Electrical Workers' Action, the "Related Actions");

WHEREAS, the Related Actions both assert claims for violations of federal securities laws against The Chemours Company and its officers Mark P. Vergnano and Mark E. Newman arising from the same or substantially similar facts, occurrences, and transactions. As such, the Related Actions involve common questions of both law and fact and should be consolidated pursuant to Fed. R. Civ. P. 42(a);

WHEREAS, the Related Actions are governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u–4, which provides for, *inter alia*, the appointment of a Lead Plaintiff and Lead Counsel;

WHEREAS, pursuant to the PSLRA, 15 U.S.C. § 78u–4(a)(3)(A)(i)(II), any member of the putative Class in the Related Actions may seek appointment as Lead Plaintiff and approval of their selection of Lead Counsel within sixty (60) days of the publication of notice of pendency of the first of the Related Actions to be filed. Here, any motions for the appointment of Lead Plaintiff and Lead Counsel are due on December 9, 2019;

WHEREAS, pursuant to D. Del. LR 7.1.2.(b), responses to any motion(s) for appointment of Lead Plaintiff and Lead Counsel would be due on December 23, 2019, and any replies on December 30, 2019;

WHEREAS, in consideration of Christmas and New Year's holiday observances, the Court finds that a brief extension of the foregoing deadlines is appropriate and would not unduly delay the prosecution of this litigation;

WHEREAS, counsel for plaintiff Yu Saw has met and conferred with counsel for Electrical Workers Pension Fund, Local 103, I.B.E.W who do not oppose this motion; and

WHEREAS, the above-captioned defendants have yet to appear in the Related Actions, and plaintiff Yu Saw was thus unable to confer with them regarding this Motion.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Related Actions are hereby consolidated for all purposes. Hereafter, papers need only be filed in the consolidated action (the "Consolidated Action") bearing C.A. No. 1:19-cv-01911-CFC.

2. All papers and documents previously served and filed in either the Electrical Workers' Action or the Saw Action are deemed part of the record in the Consolidated Action.

3. The Consolidated Action shall bear the caption below:

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE THE CHEMOURS COMPANY SECURITIES LITIGATION | C.A. No. 1:19-cv-01911-CFC<br><br>CLASS ACTION |
| This Document Related To:<br>ALL ACTIONS. | |

4. Cases asserting substantially similar claims as in *In re The Chemours Company Securities Litigation*, C.A. No. 1:19-cv-01911-CFC that are subsequently filed in or transferred to this Court, shall be consolidated herein. This Court requests the assistance of the parties in calling to the attention of the Clerk of the Court the filing or transfer of any case that might properly be consolidated as part of the Consolidated Action, and the parties are to assist in assuring that counsel in subsequent actions receive notice of this Order.

5. The following schedule shall govern all submissions concerning the appointment of Lead Plaintiff and Lead Counsel for the Consolidated Action:

| DATE | FILING |
|---|---|
| Monday, December 9, 2019 | Motions for the Appointment of Lead Plaintiff(s) and Lead Counsel due[1] |

---

[1] This deadline is set by statute pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i)(II).

| DATE | FILING |
|---|---|
| Monday, January 6, 2020 | Responses to Motions for the Appointment of Lead Plaintiff(s) and Lead Counsel due |
| Monday, January 13, 2020 | Replies in further support of Motions for the Appointment of Lead Plaintiff(s) and Lead Counsel due |

SO ORDERED this ___ day of _____, 2019.

_____
THE HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE