**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103 I.B.E.W., individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>THE CHEMOURS COMPANY, MARK P. VERGNANO, and MARK E. NEWMAN,<br><br>     Defendants. | C.A. No.  1:19-cv-01911-CFC<br><br>CLASS ACTION |
| YU SAW, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>   v.<br><br>THE CHEMOURS COMPANY, MARK P. VERGNANO, and MARK E. NEWMAN,<br><br>     Defendants. | C.A. No.  1:19-cv-02074-CFC<br><br>CLASS ACTION |

**AVERMENT OF REASONABLE EFFORTS
TO RESOLVE DISPUTE IN THE MOTION FOR
CONSOLIDATION OF RELATED ACTIONS AND ESTABLISHING
BRIEFING SCHEDULE FOR APPOINTMENT OF
LEAD PLAINTIFF AND LEAD COUNSEL**

Pursuant to D. Del. LR 7.1.1., I, David M. Sborz, associate at Andrews & Springer LLC, and counsel of record for plaintiff Yu Saw, hereby avers that the parties have made a reasonable effort to resolve the dispute in the motion for consolidation of related actions and entry of scheduling order (the

"Motion") and that such efforts included several emails and telephone conversations that involved Delaware counsel for the parties. It is my understanding that Electrical Workers Pension Fund, Local 103 I.B.E.W., plaintiff in the related action, and its counsel Bernstein Litowitz Berger & Grossman LLP, do not oppose the relief sought in the Motion. As of the time of this submission, the above-captioned defendants have yet to appear in the Related Actions, and I was thus unable to confer with them regarding this Motion.

DAVID M. SBORZ

Dated: November 26, 2019