**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE THE CHEMOURS COMPANY SECURITIES LITIGATION | C.A. No. 1:19-cv-01911-CFC <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. The Chemours Co., et al.*, C.A. No. 1:19-cv-01911-CFC | |

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Electrical Workers Pension Fund, Local 103, I.B.E.W. hereby voluntarily dismisses all claims in *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. The Chemours Co., et al.*, C.A. No. 1:19-cv-01911-CFC (the "Action"), without prejudice, as to all Defendants.  Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: February 3, 2020

OF COUNSEL:

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

HANNAH ROSS
(hannah@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
MICHAEL D. BLATCHLEY

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

/s/ Gregory V. Varallo
GREGORY V. VARALLO (Bar No. 2242)
(greg.varallo@blbglaw.com)
500 Delaware Avenue
Suite 901
Wilmington, DE 19801
Tel:  (302) 364-3601

*Counsel for Plaintiff Electrical Workers
Pension Fund, Local 103, I.B.E.W.*

(michaelb@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:  (212) 554-1400
Fax:  (212) 554-1444

*Counsel for Plaintiff Electrical Workers
Pension Fund, Local 103, I.B.E.W.*