FRIEDLANDER & GORRIS

A PROFESSIONAL CORPORATION

SUITE 2200

1201 NORTH MARKET STREET

WILMINGTON, DELAWARE 19801

(302) 573-3500

FAX (302) 573-3501

JOEL FRIEDLANDER

DIRECT DIAL

(302) 573-3502

JFRIEDLANDER@FRIEDLANDERGORRIS.COM

April 6, 2021

**BY ECF & FEDERAL EXPRESS**

The Honorable Colm F. Connolly
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801

 Re:  *In re Chemours Co. Sec. Litig.*, No. 1:19-cv-01911-CFC (D. Del.)

Dear Judge Connolly:

 Pursuant to the Court's Order of April 5, 2021, regarding the citations contained in Defendants' Opening Brief in Support of Defendants' Motion to Dismiss (D.I. 35) ("Defendants' Opening Brief"), Defendants are submitting the following:

- The Second Declaration of Joel Friedlander, which attaches materials cited in Defendants' briefing but, per footnote 2 of Defendants' Opening Brief, were not included as exhibits to the previously filed Declarations of Joel Friedlander (D.I. 36, 39). We have also provided a table indicating where each exhibit is cited in Defendants' briefing and have highlighted the specifically cited portions of each exhibit. All other documents cited by Defendants are included in the record.

- An Amended (First) Declaration of Joel Friedlander, containing the same exhibits attached in the previously filed Declaration of Joel Friedlander (D.I. 36), but with the specifically cited portions of those exhibits now highlighted. In addition, the Amended (First) Declaration contains an enhanced table setting out the attached exhibits, indicating where each exhibit is cited in Defendants' briefing.

 Courtesy copies of these exhibits are being sent to Chambers. We thank the Court for bringing this matter to our attention, and we apologize for the inconvenience to the Court. We remain prepared to provide additional hard copies or any other materials the Court might request.

{FG-W0478417.}

The Honorable Colm F. Connolly
April 6, 2021
Page 2

Respectfully,

*/s/ Joel Friedlander*

Joel Friedlander
(Bar No. 3163)

cc:    All Counsel of Record (via NextGen)

{FG-W0478417.}