# Friedlander & Gorris

A PROFESSIONAL CORPORATION
SUITE 2200
1201 NORTH MARKET STREET
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

**Christopher M. Foulds**

DIRECT DIAL
(302) 573-3509
cfoulds@friedlandergorris.com

January 21, 2022

## BY ECF & FEDERAL EXPRESS

The Honorable Colm F. Connolly
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31, Room 4124
Wilmington, DE 19801-3555

> Re: *In re The Chemours Co. Sec. Litig.,*
> C.A. No. 1:19-CV-01911-CFC

Dear Chief Judge Connolly:

On behalf of Defendants, we write in response to the Court's request for letter briefing on whether Chemours's disclosure that "considerable uncertainty exists with respect to environmental remediation costs and, under adverse changes in circumstances, although deemed remote, the potential liability may range up to approximately [an identified excess sum] above [a specific disclosed amount accrued]" is commonly used by other companies in similar filings. D.I. 51 (Transcript of Jan. 14, 2022 Oral Argument) at 97–99.

We have identified a number of similar disclosures concerning contingent liabilities.[1] While the precise wording is not always the same, these precedent

---

[1] Relevant excerpts from the disclosures cited in this letter are enclosed, with the relevant language highlighted.

{FG-W0491976.}

The Honorable Colm F. Connolly
January 21, 2022
Page 2

disclosures demonstrate that it is not uncommon for companies to disclose that

contingent liabilities may "range up to" an identified figure above amounts

otherwise accrued.[2]  In addition, we have identified comparable disclosures in

which — like Chemours — issuers have qualified such liability ranges using

GAAP likelihood concepts.  For example, in a 2018 quarterly report, Occidental

Petroleum Corp. indicated that it "believe[d] its estimable amount of *reasonably*

*possible* additional losses beyond those liabilities recorded for environmental

remediation at [specific] sites could range up to $1.1 billion."  Ex. 6 (Quarterly

Report (Form 10-Q) (filed Nov. 5, 2018)) at 12 (emphasis added).  Likewise, Air

Products and Chemicals, Inc. disclosed that it "estimate[d] the exposure for

---

[2] *See, e.g.*, Ex. 1 (Consolidated Edison, Inc. Quarterly Report (Form 10-Q) (filed Aug. 1, 2019)) at 30 ("[A]ggregate undiscounted potential liability for the investigation and remediation of coal tar and/or other environmental contaminants could range up to $2.8 billion and $2.6 billion, respectively."); Ex. 2 (Wyndham Hotels & Resorts, Inc. Quarterly Report (Form 10-Q) (filed Oct. 30, 2018)) at 22 ("[T]he potential exposure resulting from adverse outcomes of . . . legal proceedings could, in the aggregate, range up to $28 million in excess of recorded accruals."); Ex. 3 (Union Carbide Corp. Quarterly Report (Form 10-Q) (filed Oct. 22, 2021)) at 11 ("This is management's best estimate of the costs for remediation and restoration with respect to environmental matters . . . although it is reasonably possible that the ultimate cost . . . could range up to approximately two and a half times that amount."); Ex. 4 (Icahn Enterprises L.P. Annual Report (Form 10-K) (filed Mar. 1, 2018)) at 117 ("[A]dditional losses above and beyond [our subsidiary's] best estimate of required remediation costs could range up to $24 million."); Ex. 5 (Rayonier Advanced Materials Inc. (Form 10-K) (filed Mar. 1, 2019)) at F-22 ("[T]he Company estimates this exposure could range up to approximately $69 million . . . .").

The Honorable Colm F. Connolly
January 21, 2022
Page 3

environmental loss contingencies to range from $74 [million] to a *reasonably possible* upper exposure of $88 [million] as of 31 December 2018."  Ex. 7 (Quarterly Report (Form 10-Q) (filed Jan. 25, 2019)) at 22 (emphasis added).  All these disclosures, like Chemours's, make clear that such estimates of contingent liability are highly uncertain and could potentially change.

Chemours qualified its disclosure with the phrase "deemed remote."  This language invoked the GAAP concept of "remote" likelihood, which refers to events with a "slight" risk of occurring.  ASC 450-20-25; FASB Master Glossary (cited at D.I. 35 ("MTD Br.") at 7–8).  Plaintiff itself has recognized this meaning of "remote," as distinct from circumstances deemed "probable" or "reasonably possible" under GAAP.  D.I. 30 ("Complaint") ¶ 257.  The phrase "deemed remote" is commonly used by other companies and well understood by the market. *See, e.g.*, Ex. 8 (Cowen Inc. Quarterly Report (Form 10-Q) (filed Aug. 1, 2019)) at 56 ("Neither a reserve nor a disclosure is required for losses that are deemed remote."); Ex. 9 (Ally Financial Inc. Annual Report (Form 10-K) (filed Feb. 21, 2018)) at 87 (noting that the company does not "accrue for or disclose matters for which a loss event is deemed remote").  As in the precedent disclosures that we have identified, the addition of "deemed remote" as a GAAP qualifier of likelihood was not surplusage — it clarified for investors that the estimated range for remediation liabilities could arise under adverse circumstances deemed to have a slight likelihood.

{FG-W0491976.}

The Honorable Colm F. Connolly
January 21, 2022
Page 4

Our review of public filings also identified issuers using the term "maximum" in connection with contingent loss estimates — which, of course, Chemours did not do. *See, e.g.*, Ex. 7 (Air Products and Chemicals, Inc. Quarterly Report (Form 10-Q) (filed Jan. 25, 2019)) at 22 ("We estimate the *maximum possible loss* to be the full amount of the fine . . . .") (emphasis added); Ex. 10 (Liberty Global plc Quarterly Report (Form 10-Q) (filed May 6, 2019)) at 38 ("Virgin Media [a Liberty subsidiary] has estimated its maximum exposure in the event of an unfavorable outcome to be £47 million ($61 million) . . . ."). Given this broader context*,* and consistent with Chemours's many warnings emphasizing both the possibility of incurring substantial environmental remediation costs and the lack of certainty possible for environmental remediation estimates, MTD Br. at 7–8, 24, 29, we respectfully submit that reasonable investors would not have misunderstood the company to be disclosing its "maximum possible liability."

For the reasons stated above, and as set out in our prior briefing and at argument, the Court should dismiss the Complaint in its entirety and with prejudice.

{FG-W0491976.}

The Honorable Colm F. Connolly
January 21, 2022
Page 5

                                      Respectfully submitted,

                                      FRIEDLANDER & GORRIS P.A.


                                      /s/ Christopher M. Foulds
OF COUNSEL:                           Joel Friedlander (Bar No. 3163)
                                      Jeffrey Gorris (Bar No. 5012)
Jonathan M. Moses (*pro hac vice*)    Christopher Foulds (Bar No. 5169)
Noah B. Yavitz (*pro hac vice*)       1201 N. Market Street, Suite 2200
WACHTELL, LIPTON, ROSEN               Wilmington, DE  19801
      & KATZ                          (302) 573-3500
51 West 52nd Street
New York, NY  10019                   *Counsel for Defendants*
(212) 403-1000



cc:    All Counsel (by ECF)

{FG-W0491976.}

## CERTIFICATE OF COMPLIANCE WITH
## TYPEFACE REQUIREMENT LIMITATION

This document complies with the type, font, and word limitations set forth in the Court's Standing Order Regarding Briefing in All Cases, as it is set in 14-point Times New Roman typeface.  The document contains 647 words as counted by Microsoft Word, excluding the case caption and signature block.

/s/  Christopher M. Foulds
Christopher Foulds (Bar No. 5169)

{FG-W0491976.}

## Index of Exhibits

| Exhibit | Description |
|---------|-------------|
| 1 | Consolidated Edison, Inc. Quarterly Report (Form 10-Q) (filed Aug. 1, 2019) |
| 2 | Wyndham Hotels & Resorts, Inc. Quarterly Report (Form 10-Q) (filed Oct. 30, 2018) |
| 3 | Union Carbide Corp. Quarterly Report (Form 10-Q) (filed Oct. 22, 2021) |
| 4 | Icahn Enterprises L.P. Annual Report (Form 10-K) (filed Mar. 1, 2018) |
| 5 | Rayonier Advanced Materials Inc. (Form 10-K) (filed Mar. 1, 2019) |
| 6 | Occidental Petroleum Corp. Quarterly Report (Form 10-Q) (filed Nov. 5, 2018) |
| 7 | Air Products and Chemicals, Inc. Quarterly Report (Form 10-Q) (filed Jan. 25, 2019) |
| 8 | Cowen Inc. Quarterly Report (Form 10-Q) (filed Aug. 1, 2019) |
| 9 | Ally Financial Inc. Annual Report (Form 10-K) (filed Feb. 21, 2018) |
| 10 | Liberty Global plc Quarterly Report (Form 10-Q) (filed May 6, 2019) |

{FG-W0491976.}