# Exhibit 1

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 10-Q

☒   Quarterly Report Pursuant To Section 13 or 15(d) of the Securities Exchange Act of 1934

**FOR THE QUARTERLY PERIOD ENDED June 30, 2019**

OR

☐   Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from to

| Commission File Number | Exact name of registrant as specified in its charter and principal executive office address and telephone number | State of Incorporation | I.R.S. Employer ID. Number |
|---|---|---|---|
| 1-14514 | **Consolidated Edison, Inc.** | New York | 13-3965100 |
| | 4 Irving Place,   New York,   New York   10003 | | |
| | (212)   460-4600 | | |
| 1-1217 | **Consolidated Edison Company of New York, Inc.** | New York | 13-5009340 |
| | 4 Irving Place,   New York,   New York   10003 | | |
| | (212)   460-4600 | | |

**Securities Registered Pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| **Consolidated Edison, Inc.,** Common Shares ($.10 par value) | **ED** | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

| | | |
|---|---|---|
| Consolidated Edison, Inc. (Con Edison) | Yes ☒ | No ☐ |
| Consolidated Edison Company of New York, Inc. (CECONY) | Yes ☒ | No ☐ |

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

| | | |
|---|---|---|
| Con Edison | Yes ☒ | No ☐ |
| CECONY | Yes ☒ | No ☐ |

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer", "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Con Edison

| | | | | | |
|---|---|---|---|---|---|
| | | Accelerated filer ☐ | | | |
| Large accelerated filer | ☒ | | | Non-accelerated filer | ☐ |
| Smaller reporting company | ☐ | Emerging growth company | ☐ | | |

CECONY

| | | | | | |
|---|---|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer ☐ | | Non-accelerated filer | ☒ |
| Smaller reporting company | ☐ | Emerging growth company | ☐ | | |

Table of Contents

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

| | | | |
|---|---|---|---|
| Con Edison | Yes ☐ | | No ☒ |
| CECONY | Yes ☐ | | No ☒ |

As of July 31, 2019, Con Edison had outstanding 332,144,207 Common Shares ($.10 par value). All of the outstanding common equity of CECONY is held by Con Edison.

**Filing Format**

This Quarterly Report on Form 10-Q is a combined report being filed separately by two different registrants: Consolidated Edison, Inc. (Con Edison) and Consolidated Edison Company of New York, Inc. (CECONY). CECONY is a wholly-owned subsidiary of Con Edison and, as such, the information in this report about CECONY also applies to Con Edison. As used in this report, the term the "Companies" refers to Con Edison and CECONY. However, CECONY makes no representation as to the information contained in this report relating to Con Edison or the subsidiaries of Con Edison other than itself.

2

Table of Contents

## TABLE OF CONTENTS

|  |  |  | **PAGE** |
|---|---|---|---|
| **PART I-Financial Information** |  |  |  |
| ITEM 1 | Financial Statements (Unaudited) |  |  |
|  | Con Edison |  |  |
|  | Consolidated Income Statement |  | 7 |
|  | Consolidated Statement of Comprehensive Income |  | 8 |
|  | Consolidated Statement of Cash Flows |  | 9 |
|  | Consolidated Balance Sheet |  | 10 |
|  | Consolidated Statement of Equity |  | 12 |
|  | CECONY |  |  |
|  | Consolidated Income Statement |  | 13 |
|  | Consolidated Statement of Comprehensive Income |  | 14 |
|  | Consolidated Statement of Cash Flows |  | 15 |
|  | Consolidated Balance Sheet |  | 16 |
|  | Consolidated Statement of Shareholder's Equity |  | 18 |
|  | Notes to the Financial Statements (Unaudited) |  | 19 |
| ITEM 2 | Management's Discussion and Analysis of Financial Condition and Results of Operations |  | 45 |
| ITEM 3 | Quantitative and Qualitative Disclosures About Market Risk |  | 81 |
| ITEM 4 | Controls and Procedures |  | 81 |
| **PART II-Other Information** |  |  | 82 |
| ITEM 1 | Legal Proceedings |  | 82 |
| ITEM 1A | Risk Factors |  | 82 |
| ITEM 6 | Exhibits |  | 82 |
|  | Signatures |  | 83 |

5

Table of Contents

**Expected Contributions**

Based on estimates as of June 30, 2019, the Companies expect to make contributions to the pension plans during 2019 of $350 million (of which $318 million is to be made by CECONY). The Companies' policy is to fund the total periodic benefit cost of the qualified plan to the extent tax deductible and to also contribute to the non-qualified supplemental plans. During the first six months of 2019, the Companies contributed $78 million to the pension plans, of which $77 million was made by CECONY. CECONY also contributed $15 million to the external trust for its non-qualified supplemental plan.

## Note F - Other Postretirement Benefits

**Total Periodic Benefit Cost**

The components of the Companies' total periodic other postretirement benefit cost/(credit) for the three and six months ended June 30, 2019 and 2018 were as follows:

| | For the Three Months Ended June 30, | | | |
| --- | --- | --- | --- | --- |
| | Con Edison | | CECONY | |
| **(Millions of Dollars)** | **2019** | **2018** | **2019** | **2018** |
| Service cost | $4 | $5 | $3 | $3 |
| Interest cost on accumulated other postretirement benefit obligation | 11 | 11 | 9 | 9 |
| Expected return on plan assets | (16) | (18) | (14) | (16) |
| Recognition of net actuarial loss/(gain) | (2) | 2 | (2) | 1 |
| Recognition of prior service cost/(credit) | (1) | (2) | - | (1) |
| TOTAL PERIODIC OTHER POSTRETIREMENT BENEFIT COST/(CREDIT) | $(4) | $(2) | $(4) | $(4) |
| Cost capitalized | (2) | (2) | (2) | (1) |
| Reconciliation to rate level | 3 | 2 | 2 | 2 |
| Total expense/(credit) recognized | $(3) | $(2) | $(4) | $(3) |

| | For the Six Months Ended June 30, | | | |
| --- | --- | --- | --- | --- |
| | Con Edison | | CECONY | |
| **(Millions of Dollars)** | **2019** | **2018** | **2019** | **2018** |
| Service cost | $9 | $10 | $6 | $7 |
| Interest cost on accumulated other postretirement benefit obligation | 22 | 21 | 18 | 17 |
| Expected return on plan assets | (33) | (37) | (27) | (31) |
| Recognition of net actuarial loss/(gain) | (4) | 4 | (5) | 1 |
| Recognition of prior service cost/(credit) | (2) | (3) | (1) | (1) |
| TOTAL PERIODIC OTHER POSTRETIREMENT BENEFIT COST/(CREDIT) | $(8) | $(5) | $(9) | $(7) |
| Cost capitalized | (4) | (4) | (3) | (3) |
| Reconciliation to rate level | 7 | 5 | 4 | 5 |
| Total expense/(credit) recognized | $(5) | $(4) | $(8) | $(5) |

For information about the presentation of the components of other postretirement benefit costs, see Note E.

**Contributions**

Based on estimates as of June 30, 2019, Con Edison and CECONY expect to make contributions of $10 million (of which $7 million is to be made by CECONY) to the other postretirement benefit plans in 2019. The Companies' policy is to fund the total periodic benefit cost of the plans to the extent tax deductible.

## Note G - Environmental Matters

**Superfund Sites**

Hazardous substances, such as asbestos, polychlorinated biphenyls (PCBs) and coal tar, have been used or generated in the course of operations of the Utilities and their predecessors and are present at sites and in facilities and equipment they currently or previously owned, including sites at which gas was manufactured or stored.

The Federal Comprehensive Environmental Response, Compensation and Liability Act of 1980 and similar state statutes (Superfund) impose joint and several liability, regardless of fault, upon generators of hazardous substances

Table of Contents

for investigation and remediation costs (which include costs of demolition, removal, disposal, storage, replacement, containment and monitoring) and natural resource damages. Liability under these laws can be material and may be imposed for contamination from past acts, even though such past acts may have been lawful at the time they occurred. The sites at which the Utilities have been asserted to have liability under these laws, including their manufactured gas plant sites and any neighboring areas to which contamination may have migrated, are referred to herein as "Superfund Sites."

For Superfund Sites where there are other potentially responsible parties and the Utilities are not managing the site investigation and remediation, the accrued liability represents an estimate of the amount the Utilities will need to pay to investigate and, where determinable, discharge their related obligations. For Superfund Sites (including the manufactured gas plant sites) for which one of the Utilities is managing the investigation and remediation, the accrued liability represents an estimate of the company's share of the undiscounted cost to investigate the sites and, for sites that have been investigated in whole or in part, the cost to remediate the sites, if remediation is necessary and if a reasonable estimate of such cost can be made. Remediation costs are estimated in light of the information available, applicable remediation standards and experience with similar sites.

The accrued liabilities and regulatory assets related to Superfund Sites at June 30, 2019 and December 31, 2018 were as follows:

| | Con Edison | | CECONY | |
|---|---|---|---|---|
| (Millions of Dollars) | 2019 | 2018 | 2019 | 2018 |
| Accrued Liabilities: | | | | |
| Manufactured gas plant sites | $681 | $689 | $598 | $603 |
| Other Superfund Sites | 89 | 90 | 88 | 90 |
| Total | $770 | $779 | $686 | $693 |
| Regulatory assets | $787 | $810 | $696 | $716 |

Most of the accrued Superfund Site liability relates to sites that have been investigated, in whole or in part. However, for some of the sites, the extent and associated cost of the required remediation has not yet been determined. As investigations progress and information pertaining to the required remediation becomes available, the Utilities expect that additional liability may be accrued, the amount of which is not presently determinable but may be material. The Utilities are permitted to recover or defer as regulatory assets (for subsequent recovery through rates) prudently incurred site investigation and remediation costs.

Environmental remediation costs incurred related to Superfund Sites for the three and six months ended June 30, 2019 and 2018 were as follows:

| | For the Three Months Ended June 30, | | | |
|---|---|---|---|---|
| | Con Edison | | CECONY | |
| (Millions of Dollars) | 2019 | 2018 | 2019 | 2018 |
| Remediation costs incurred | $8 | $6 | $6 | $5 |

| | For the Six Months Ended June 30, | | | |
|---|---|---|---|---|
| | Con Edison | | CECONY | |
| (Millions of Dollars) | 2019 | 2018 | 2019 | 2018 |
| Remediation costs incurred | $11 | $9 | $8 | $8 |

Insurance and other third-party recoveries received by Con Edison or CECONY were immaterial for the three and six months ended June 30, 2019 and 2018.

In 2018, Con Edison and CECONY estimated that for their manufactured gas plant sites (including CECONY's Astoria site), the aggregate undiscounted potential liability for the investigation and remediation of coal tar and/or other environmental contaminants could range up to $2.8 billion and $2.6 billion, respectively. These estimates were based on the assumption that there is contamination at all sites, including those that have not yet been fully investigated and additional assumptions about the extent of the contamination and the type and extent of the remediation that may be required. Actual experience may be materially different.

30

Table of Contents

**Asbestos Proceedings**

Suits have been brought in New York State and federal courts against the Utilities and many other defendants, wherein a large number of plaintiffs sought large amounts of compensatory and punitive damages for deaths and injuries allegedly caused by exposure to asbestos at various premises of the Utilities. The suits that have been resolved, which are many, have been resolved without any payment by the Utilities, or for amounts that were not, in the aggregate, material to them. The amounts specified in all the remaining thousands of suits total billions of dollars; however, the Utilities believe that these amounts are greatly exaggerated, based on the disposition of previous claims. At June 30, 2019, Con Edison and CECONY have accrued their estimated aggregate undiscounted potential liabilities for these suits and additional suits that may be brought over the next 15 years as shown in the following table. These estimates were based upon a combination of modeling, historical data analysis and risk factor assessment. Courts have begun, and unless otherwise determined on appeal may continue, to apply different standards for determining liability in asbestos suits than the standard that applied historically. As a result, the Companies currently believe that there is a reasonable possibility of an exposure to loss in excess of the liability accrued for the suits. The Companies are unable to estimate the amount or range of such loss. In addition, certain current and former employees have claimed or are claiming workers' compensation benefits based on alleged disability from exposure to asbestos. CECONY is permitted to defer as regulatory assets (for subsequent recovery through rates) costs incurred for its asbestos lawsuits and workers' compensation claims.

The accrued liability for asbestos suits and workers' compensation proceedings (including those related to asbestos exposure) and the amounts deferred as regulatory assets for the Companies at June 30, 2019 and December 31, 2018 were as follows:

| | Con Edison | | CECONY | |
| --- | --- | --- | --- | --- |
| *(Millions of Dollars)* | **2019** | **2018** | **2019** | **2018** |
| Accrued liability - asbestos suits | $8 | $8 | $7 | $7 |
| Regulatory assets - asbestos suits | $8 | $8 | $7 | $7 |
| Accrued liability - workers' compensation | $79 | $79 | $75 | $75 |
| Regulatory assets - workers' compensation | $4 | $5 | $4 | $5 |

**Note H - Other Material Contingencies**

**Manhattan Explosion and Fire**

On March 12, 2014, two multi-use five-story tall buildings located on Park Avenue between 116th and 117th Streets in Manhattan were destroyed by an explosion and fire. CECONY had delivered gas to the buildings through service lines from a distribution main located below ground on Park Avenue. Eight people died and more than 50 people were injured. Additional buildings were also damaged. The National Transportation Safety Board (NTSB) investigated. The parties to the investigation included the company, the City of New York, the Pipeline and Hazardous Materials Safety Administration and the NYSPSC. In June 2015, the NTSB issued a final report concerning the incident, its probable cause and safety recommendations. The NTSB determined that the probable cause of the incident was (1) the failure of a defective fusion joint at a service tee (which joined a plastic service line to a plastic distribution main) installed by the company that allowed gas to leak from the distribution main and migrate into a building where it ignited and (2) a breach in a City sewer line that allowed groundwater and soil to flow into the sewer, resulting in a loss of support for the distribution main, which caused it to sag and overstressed the defective fusion joint. The NTSB also made safety recommendations, including recommendations to the company that addressed its procedures for the preparation and examination of plastic fusions, training of its staff on conditions for notifications to the City's Fire Department and extension of its gas main isolation valve installation program. In February 2017, the NYSPSC approved a settlement agreement with the company related to the NYSPSC's investigations of the incident and the practices of qualifying persons to perform plastic fusions. Pursuant to the agreement, the company is providing $27 million of future benefits to customers (for which it has accrued a regulatory liability) and will not recover from customers $126 million of costs for gas emergency response activities that it had previously incurred and expensed. Approximately eighty suits are pending against the company seeking generally unspecified damages and, in some cases, punitive damages, for wrongful death, personal injury, property damage and business interruption. The company has notified its insurers of the incident and believes that the policies in force at the time of the incident will cover the company's costs, in excess of a required retention (the amount of which is not material), to satisfy any liability it may have for damages in connection with the incident. The company is unable to estimate the amount or range of its possible loss for damages related to the incident. At June 30, 2019, the company had not accrued a liability for damages related to the incident.

31

Table of Contents

**Signatures**

Pursuant to the requirements of the Securities Exchange Act of 1934, each Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**Consolidated Edison, Inc.**

**Consolidated Edison Company of New York, Inc.**

Date: August 1, 2019                    By    _____
                                                        /s/ Robert Hoglund

**Robert Hoglund**
**Senior Vice President, Chief**
**Financial Officer and Duly**
**Authorized Officer**

83