# Exhibit 3

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
# FORM 10-Q
☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the quarterly period ended **September 30, 2021**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____to_____

Commission File Number: **1-1463**
# Union Carbide Corporation
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **New York** | **13-1421730** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**7501 STATE HIGHWAY 185 NORTH, SEADRIFT, TX 77983**
(Address of principal executive offices) (Zip Code)
Registrant's telephone number, including area code: 361-553-2997

Securities registered pursuant to Section 12(b) of the Act: None

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

☑ Yes     ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

☑ Yes     ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☑ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

☐ Yes     ☑ No

At September 30, 2021, 935.51 shares of common stock were outstanding, all of which were held by the registrant's parent, The Dow Chemical Company.

The registrant meets the conditions set forth in General Instruction H(1)(a) and (b) for Form 10-Q and is therefore filing this form with a reduced disclosure format.

1

Table of Contents

# Union Carbide Corporation

**QUARTERLY REPORT ON FORM 10-Q**
**For the quarterly period ended September 30, 2021**

**TABLE OF CONTENTS**

|  |  | **Page** |
|---|---|---|
| **PART I - FINANCIAL INFORMATION** | | |
| Item 1. | Financial Statements. | 4 |
| | Consolidated Statements of Income. | 4 |
| | Consolidated Statements of Comprehensive Income. | 5 |
| | Consolidated Balance Sheets. | 6 |
| | Consolidated Statements of Cash Flows. | 7 |
| | Consolidated Statements of Equity. | 8 |
| | Notes to the Consolidated Financial Statements. | 9 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations. | 17 |
| | Results of Operations. | 18 |
| | Other Matters. | 20 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk. | 21 |
| Item 4. | Controls and Procedures. | 21 |
| **PART II - OTHER INFORMATION** | | |
| Item 1. | Legal Proceedings. | 22 |
| Item 1A. | Risk Factors. | 22 |
| Item 4. | Mine Safety Disclosures. | 22 |
| Item 6. | Exhibits. | 22 |
| **SIGNATURES** | | 23 |

2

*Table of Contents*

**NOTE 5 -**
**INTANGIBLE ASSETS**

The following table provides information regarding the Corporation's intangible assets:

| Intangible Assets | Sep 30, 2021 | | | Dec 31, 2020 | | |
|---|---|---|---|---|---|---|
| In millions | Gross Carrying Amount | Accum Amort | Net | Gross Carrying Amount | Accum Amort | Net |
| Intangible assets with finite lives: | | | | | | |
| Developed technology | $ 33 | $ (33) | $ - | $ 33 | $ (33) | $ - |
| Software | 82 | (69) | 13 | 80 | (64) | 16 |
| Total intangible assets | $ 115 | $ (102) | $ 13 | $ 113 | $ (97) | $ 16 |

Total estimated amortization expense for 2021 and the five succeeding fiscal years, including amounts expected to be capitalized, is as follows:

| Estimated Amortization Expense | |
|---|---|
| In millions | |
| 2021 | $ 6 |
| 2022 | $ 5 |
| 2023 | $ 3 |
| 2024 | $ 2 |
| 2025 | $ 1 |
| 2026 | $ - |

**NOTE 6 -**
**COMMITMENTS AND CONTINGENT LIABILITIES**

A summary of the Corporation's commitments and contingent liabilities can be found in Note 14 to the Consolidated Financial Statements included in the 2020 10-K, which is incorporated by reference herein.

**Environmental Matters**

Accruals for environmental matters are recorded when it is probable that a liability has been incurred and the amount of the liability can be reasonably estimated, based on current law and existing technologies. At September 30, 2021, the Corporation had accrued obligations of $
143 million for probable environmental remediation and restoration costs, including $19 million for the remediation of Superfund sites. These obligations are included in "Accrued and other current liabilities" and "Other noncurrent obligations" in the consolidated balance sheets. This is management's best estimate of the costs for remediation and restoration with respect to environmental matters for which the Corporation has accrued liabilities, although it is reasonably possible that the ultimate cost with respect to these particular matters could range up to approximately two and a half times that amount. Consequently, it is reasonably possible that environmental remediation and restoration costs in excess of amounts accrued could have a material impact on the Corporation's results of operations, financial condition and cash flows. It is the opinion of the Corporation's management that the possibility is remote that costs in excess of the range disclosed will have a material impact on the Corporation's results of operations, financial condition and cash flows. Inherent uncertainties exist in these estimates primarily due to unknown environmental conditions, changing governmental regulations and legal standards regarding liability, and emerging remediation technologies for handling site remediation and restoration. As new or additional information becomes available and/or certain spending trends become known, management will evaluate such information in determination of the current estimate of the environmental liability. At December 31, 2020, the Corporation had accrued obligations of $133 million for probable environmental remediation and restoration costs, including $18 million for the remediation of Superfund sites.

*Table of Contents*

**Litigation**
***Asbestos-Related Matters***
Each quarter, the Corporation reviews claims filed, settled and dismissed, as well as average settlement and resolution costs by disease category. The Corporation also considers additional quantitative and qualitative factors such as the nature of pending claims, trial experience of the Corporation and other asbestos defendants, current spending for defense and processing costs, significant appellate rulings and legislative developments, trends in the tort system, and their respective effects on expected future resolution costs. UCC management considers these factors in conjunction with the most recent actuarial study and determines whether a change in the estimate is warranted. Based on the Corporation's review of 2021 activity, it was determined that no adjustment to the accrual was required at September 30, 2021.

The Corporation's total asbestos-related liability for pending and future claims and defense and processing costs was $ 1,047 million at September 30, 2021 ($1,098 million at December 31, 2020), and was included in "Asbestos-related liabilities - current" and "Asbestos-related liabilities - noncurrent" in the consolidated balance sheets. At September 30, 2021, approximately 24 percent of the recorded claim liability related to pending claims and approximately 76 percent related to future claims.

**NOTE 7 -**
**LEASES**
For additional information on the Corporation's leases, see Note 15 to the Consolidated Financial Statements included in the 2020 10-K.

The components of lease cost for operating and finance leases for the three and nine months ended September 30, 2021 and 2020 were as follows:

| Lease Cost | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| In millions | Sep 30, 2021 | Sep 30, 2020 | Sep 30, 2021 | Sep 30, 2020 |
| Operating lease cost | $ 5 | $ 5 | $ 17 | $ 15 |
| Short-term lease cost | 7 | 6 | 21 | 17 |
| Variable lease cost | 14 | 2 | 32 | 6 |
| Amortization of right-of-use assets - finance | 1 | - | 2 | 1 |
| Total lease cost | $ 27 | $ 13 | $ 72 | $ 39 |

The following table provides supplemental cash flow and other information related to leases:

| Other Lease Information | Nine Months Ended | |
|---|---|---|
| In millions | Sep 30, 2021 | Sep 30, 2020 |
| Cash paid for amounts included in the measurement of lease liabilities: | | |
| Operating cash flows for operating leases | $ 17 | $ 14 |
| Financing cash flows for finance leases | $ 2 | $ 1 |
| Right-of-use assets obtained in exchange for lease obligations: | | |
| Operating leases | $ - | $ 8 |
| Finance leases | $ 5 | $ 1 |

12

*Table of Contents*

**Union Carbide Corporation and Subsidiaries**
**Signatures**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

UNION CARBIDE CORPORATION

Date:   October 22, 2021

/s/ RONALD C. EDMONDS

Ronald C. Edmonds
Controller and Vice President
of Controllers and Tax
The Dow Chemical Company
Authorized Representative of
Union Carbide Corporation

/s/ IGNACIO MOLINA

Ignacio Molina
Vice President, Treasurer and
Chief Financial Officer

23