# Exhibit 5

Table of Contents

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549
## FORM 10-K

(Mark One)

☒    ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2018

or

☐    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from to

**Commission File Number 001-36285**



**RAYONIER ADVANCED MATERIALS INC.**
Incorporated in the State of Delaware
**I.R.S. Employer Identification No. 46-4559529**
**1301 RIVERPLACE BOULEVARD, SUITE 2300**
**JACKSONVILLE, FL 32207**
**(Principal Executive Office)**
**Telephone Number: (904) 357-4600**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of exchange on which registered |
| --- | --- |
| Common stock, par value $0.01 per share | New York Stock Exchange |
| 8.00% Series A Mandatory Convertible Preferred Stock, par value $0.01 per share | New York Stock Exchange |

Securities to be registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
YES ☒ NO ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
YES ☐ NO ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
YES ☒ NO ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).
YES ☒ NO ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒    Accelerated filer ☐

Non-accelerated filer ☐    Smaller reporting company ☐

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
YES ☐ NO ☒

The aggregate market value of the Common Stock of the registrant held by non-affiliates at the close of business on June 30, 2018 was $857,934,441 based on the closing sale price as reported on the New York Stock Exchange.

The registrant had 49,277,270 shares of Common Stock, $.01 par value per share, outstanding as of February 22, 2019.

Portions of the registrant's definitive proxy statement to be filed with the Securities and Exchange Commission in connection with the 2019 annual meeting of the stockholders are incorporated by reference in Part III hereof. Such proxy statement will be filed with the Securities and Exchange Commission within 120 days of the registrant's fiscal year ended December 31, 2018.

Table of Contents

**Table of Contents**

| <u>Item</u> | | <u>Page</u> |
|---|---|---|
| | **Part I** | |
| 1. | Business | 2 |
| 1A. | Risk Factors | 8 |
| 1B. | Unresolved Staff Comments | 17 |
| 2. | Properties | 18 |
| 3. | Legal Proceedings | 18 |
| 4. | Mine Safety Disclosures | 20 |
| | **Part II** | |
| 5. | Market for the Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 21 |
| 6. | Selected Financial Data | 23 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 24 |
| 7A. | Quantitative and Qualitative Disclosures about Market Risk | 40 |
| 8. | Financial Statements and Supplementary Data | 41 |
| 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 41 |
| 9A. | Controls and Procedures | 41 |
| 9B. | Other Information | 42 |
| | **Part III** | |
| 10. | Directors, Executive Officers and Corporate Governance | 43 |
| 11. | Executive Compensation | 43 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 43 |
| 13. | Certain Relationships and Related Transactions, and Director Independence | 43 |
| 14. | Principal Accounting Fees and Services | 43 |
| | **Part IV** | |
| 15. | Exhibits, Financial Statement Schedules | 44 |
| 16. | Form 10-K Summary | 44 |

i

Table of Contents

**Signatures**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

|  | Rayonier Advanced Materials Inc. |
|---|---|
|  | (Registrant) |

By: /s/ FRANK A. RUPERTO

Frank A. Ruperto
*Chief Financial Officer and*
*Senior Vice President, Finance and Strategy*
*(Duly Authorized Officer and Principal Financial Officer)*

Date: March 1, 2019

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

45

Table of Contents

| Signature | Title | Date |
|---|---|---|
| /s/ PAUL G. BOYNTON<br>Paul G. Boynton<br>(Principal Executive Officer) | Chairman of the Board, President and Chief Executive Officer | March 1, 2019 |
| /s/ FRANK A. RUPERTO<br>Frank A. Ruperto<br>(Principal Financial Officer) | Chief Financial Officer and Senior Vice President, Finance and Strategy | March 1, 2019 |
| /s/ JOHN P. CARR<br>John P. Carr<br>(Principal Accounting Officer) | Chief Accounting Officer and Vice President, Controller | March 1, 2019 |
| *<br>C. David Brown, II | Lead Director | |
| *<br>Charles E. Adair | Director | |
| *<br>DeLyle W. Bloomquist | Director | |
| *<br>Julie A. Dill | Director | |
| *<br>Mark E. Gaumond | Director | |
| *<br>Matthew P. Hepler | Director | |
| *<br>James F. Kirsch | Director | |
| *<br>Thomas I. Morgan | Director | |
| *<br>Lisa M. Palumbo | Director | |

*By:    /s/ FRANK A. RUPERTO

Frank A. Ruperto
(Attorney-In-Fact)                                                                 March 1, 2019

46

Table of Contents

*Debt Assumed in Tembec Acquisition*

The Company assumed certain debt as part of the Tembec Acquisition and recorded the related liabilities at their fair values. Subsequent to the Acquisition, the Company repaid Tembec's senior secured notes for $375 million plus accrued and unpaid interest.

## 9. Liabilities for Disposed Operations

The Company's liabilities for disposed operations relate to sawmills, pulp, paper and wood treating plants which have ceased operations other than environmental investigation and remediation activities. The Company owns or has liability for eighteen sites that are subject to various federal, state or provincial statutes, including but not limited to, the Resource Conservation and Recovery Act ("RCRA"), the Comprehensive Environmental Response, Compensation and Liability Act of 1980 ("CERCLA") and the Environmental Protection Act in the United States, and similar laws in Canada and France, related to the investigation and remediation of environmentally-impacted sites.

The Company estimates its environmental liabilities based on its current interpretation of environmental laws and regulations when it is probable a liability has been incurred and the amount of such liability is estimable. The Company calculates estimates based on a number of factors, including the application and interpretation of current environmental laws, regulations and other requirements; reports and advice of internal and third-party environmental specialists; and management's knowledge and experience with these and similar types of environmental matters. These estimates include potential costs for investigation, assessment, remediation, ongoing operation and maintenance (where applicable), and post-remediation monitoring of the sites, as well as the cost of legally-required financial assurance relating to the Company's obligations on an undiscounted basis, generally for a period of 20 years. These environmental liabilities do not include potential third-party recoveries to which the Company may be entitled unless they are probable and estimable.

The following table provides detail for specific sites where current estimates exceed 10 percent of the total liabilities for disposed operations at December 31, 2018, 2017, or 2016. An analysis of the activity of the liabilities for disposed operations for the years ended December 31, 2018 and 2017 is as follows:

| | December 31, 2016 Liability | Liabilities Assumed in Acquisition | Payments | Increase (Decrease) to Liabilities | December 31, 2017 Liability | Payments | Increase (Decrease) to Liabilities (a) | December 31, 2018 Liability |
|---|---|---|---|---|---|---|---|---|
| Port Angeles, Washington | $ 39,310 | $ - | $ (698) | $ 5,055 | $ 43,667 | $ (935) | $ 2,067 | $ 44,799 |
| Augusta, Georgia | 22,887 | - | (1,508) | (204) | 21,175 | (929) | 108 | 20,354 |
| Baldwin, Florida | 26,772 | - | (902) | (4,700) | 21,170 | (4,613) | 687 | 17,244 |
| All other sites | 63,941 | 16,715 | (2,687) | 105 | 78,074 | (5,489) | 5,672 | 78,257 |
| Total | 152,910 | $ 16,715 | $ (5,795) | $ 256 | 164,086 | $ (11,966) | $ 8,534 | 160,654 |
| Less: Current portion | (13,781) | | | | (13,181) | | | (11,310) |
| Non-Current portion | $ 139,129 | | | | $ 150,905 | | | $ 149,344 |

(a) Included in the Increase (Decrease) to Liabilities during the year ended December 31, 2018 is a $1 million decrease of the liability due to foreign currency gain.

Table of Contents

A brief description of the above identified sites is as follows:

*Port Angeles, Washington* - The Company operated a pulp mill at this site from 1930 until 1997. The site and the adjacent marine areas (a portion of Port Angeles harbor) have been in various stages of the assessment process under the Washington Model Toxics Control Act ("MTCA") since 2000, and several voluntary interim soil clean-up actions have been performed during this time. In addition, the Company may be liable under CERCLA for "natural resource damages" caused by releases from the site. As a result of an agreed order with the Washington State Department of Ecology ("Ecology"), the remainder of the MTCA regulatory process will be completed on a set timetable, subject to approval of all reports and studies by Ecology. Upon completion of all work required under the agreed order and negotiation of an approved remedy, additional remedial measures for the site and off-site areas may be necessary and, as a result, current cost estimates and the corresponding liability could change. In October 2018, the Company received comments from Ecology on its second feasibility study submitted in March 2018. The Company is currently evaluating the impact of the comments on its proposed remediation plan and cost estimates and expects to complete its evaluation and resubmit the feasibility study in the second quarter of 2019. During 2017, the estimated liability increased by approximate
ly $4 million primarily due to the re-evaluation of the remediation's cost estimate. During 2018 the estimated liability increased by approximately $1 million due to changes in the Company's remediation cost estimates, partly offset by payments made during the year.

*Augusta, Georgia* - The Company operated a wood treatment plant at this site from 1928 to 1988. This site operates under a 10 year hazardous waste permit renewed and issued pursuant to RCRA in 2015. Ongoing remediation activities currently consist primarily of groundwater recovery and treatment. Current cost estimates and the corresponding liability could vary if recovery or discharge volumes change or if changes to current re mediation activities are required in the future. During 2018 and 2017, the Company decreased the estimated liability by approximately $1 million and $2 million, respectively, due to payments and a decrease in the estimated costs related to the site's operation and maintenance.

*Baldwin, Florida* - The Company operated a wood treatment plant at this site from 1954 to 1987. This site operates under a 10 year hazardous waste permit renewed and issued pursuant to RCRA in 2017. Ongoing remediation activities currently consist primarily of groundwater recovery and treatment. Additional remedial activities may be necessary in the future and, therefore, current cost estimates and the corresponding liability could change. During 2017, the Company decreased the estimated liability by approximately $6 million due to payments and a decrease in the estimated costs related to the site's remediation plan. During 2018, the Company decreased the reserve by approximately $5 million due to payments during the year, which was offset by an increase in the remediation cost estimates.

In addition to the estimated liabilities, the Company is subject to the risk of reasonably possible additional liabilities in excess of the established liabilities due to potential changes in circumstances and future events, including, without limitation, changes to current laws and regulations; changes in governmental agency personnel, direction, philosophy or enforcement policies; developments in remediation technologies; increases in the cost of remediation, operation, maintenance and monitoring of its disposed operations sites and providing financial assurance relating thereto; changes in the volume, nature or extent of contamination to be remediated or monitoring to be undertaken; the outcome of negotiations with governmental agencies or non-governmental parties; and changes in accounting rules or interpretations. Based on information available as of December 31, 2018, the Company estimates this exposure could range up to approximately $69 million, although no assurances can be given that this amount will not be exceeded given the factors described above. These potential additional costs are attributable to several of the above sites and other applicable liabilities. This estimate excludes liabilities which would otherwise be considered reasonably possible but for the fact that they are not currently estimable primarily due to the factors discussed above.

Subject to the previous paragraph, the Company believes its estimates of liabilities are sufficient for probable costs expected to be incurred over the next 20 years with respect to its disposed operations. However, no assurances are given these estimates of liabilities will be sufficient for the reasons described above, and additional liabilities could have a material adverse effect on the Company's financial position, results of operations and cash flows.

**10. Derivative Instruments**

The Company's earnings and cash flows are subject to fluctuations due to changes in interest rates and foreign currency exchange rates. The Company allows for the use of derivative financial instruments to manage interest rate and foreign currency exchange rate exposure, but does not allow derivatives to be used for speculative purposes.

All derivative instruments are recognized on the consolidated balance sheets at their fair value and are either (1) designated as a hedge of a forecasted transaction or (2) undesignated. Changes in the fair value of a derivative designated as a hedge are

F- 22