# Exhibit 8

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 10-Q

**(Mark One)**

Q     **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended June 30, 2019

**or**

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File Number: 001-34516**

# Cowen Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **27-0423711** |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| **599 Lexington Avenue**<br>**New York, New York** | **10022** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(646) 562-1000**

(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol | Name of Exchange on Which Registered |
|---|---|---|
| Class A Common Stock, par value $0.01 per share | COWN | The Nasdaq Global Market |
| | COWNZ | |
| 7.35% Senior Notes due 2027 | | The Nasdaq Global Market |
| 7.75% Senior Notes due 2033 | COWNL | The Nasdaq Global Market |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes Q No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes Q No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☐     Accelerated filer Q     Non-accelerated filer ☐     Smaller reporting company ☐     Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No Q

**APPLICABLE ONLY TO CORPORATE ISSUERS:**

As of July 31, 2019, there were 29,516,652 shares of the registrant's common stock outstanding.

Table of Contents

| Item No. | Page No. |
|---|---|
| **PART I. FINANCIAL INFORMATION** | 4 |
| **1. Unaudited Condensed Consolidated Financial Statements** | 4 |
| Condensed Consolidated Statements of Financial Condition | 4 |
| Condensed Consolidated Statements of Operations | 6 |
| Condensed Consolidated Statements of Comprehensive Income (Loss) | 8 |
| Condensed Consolidated Statements of Changes in Equity | 9 |
| Condensed Consolidated Statements of Cash Flows | 11 |
| Notes to Condensed Consolidated Financial Statements | 13 |
| **2. Management's Discussion and Analysis of Financial Condition and Results of Operations** | 73 |
| **3. Quantitative and Qualitative Disclosures About Market Risk** | 101 |
| **4. Controls and Procedures** | 101 |
| **PART II. OTHER INFORMATION** | 101 |
| **1. Legal Proceedings** | 101 |
| **1A. Risk Factors** | 103 |
| **2. Unregistered Sales of Equity Securities and Use of Proceeds** | 103 |
| **3. Defaults Upon Senior Securities** | 103 |
| **4. Mine Safety Disclosures** | 104 |
| **5. Other Information** | 104 |
| **6. Exhibits** | 104 |
| **SIGNATURES** | 105 |

2

Table of Contents

**Cowen Inc.**
**Notes to Unaudited Condensed Consolidated Financial Statements (Continued)**

restricted shares and restricted stock units granted to employees is expected to be recognized over a weighted-average period of 2.38 years.

*Restricted Shares and Restricted Stock Units Granted to Non-employee Board Members*

There were no restricted stock units awarded during the three and six months ended June 30, 2019 and 79,487 were delivered. As of June 30, 2019 there were 174,285 restricted stock units outstanding. There were no restricted stock units awarded during the three and six months ended June 30, 2018. As of December 31, 2018 there were 253,772 restricted stock units outstanding.

## 16. Income Taxes

The taxable results of the Company's U.S. operations are included in the consolidated income tax returns of Cowen, Inc. as well as stand-alone state and local tax returns. The Company has subsidiaries that are resident in foreign countries where tax filings have to be submitted on a stand-alone basis. These subsidiaries are subject to tax in their respective countries and the Company is responsible for and, thus, reports all taxes incurred by these subsidiaries. The countries where the Company owns subsidiaries that file tax returns are United Kingdom, Luxembourg, Gibraltar, Germany, Switzerland, Canada and Hong Kong.

The Company calculates its U.S. tax provision using the estimated annual effective tax rate methodology. The tax expense or benefit caused by an unusual or infrequent item is recorded in the quarter in which it occurs. To the extent that information is not available for the Company to fully determine the full year estimated impact of an item of income or tax adjustment, the Company calculates the tax impact of such item discretely. Accordingly, the Company uses the discrete methodology to calculate the income tax provision for its foreign subsidiaries and the tax impact of income attributable to redeemable non-controlling interests in consolidated subsidiaries and funds. Based on these methodologies, the Company's effective income tax rate was 27.15% and 15.83% for the six months ended June 30, 2019 and 2018, respectively. During the six months ended June 30, 2019 and 2018, the unusual or infrequent items whose tax impact were recorded discretely related primarily to foreign taxes, base-erosion anti-abuse tax and stock compensation.

For the six months ended June 30, 2019, the effective tax rate differs from the statutory rate of 21% primarily due to income attributable to redeemable non-controlling interests in consolidated subsidiaries and funds, foreign taxes, base-erosion anti-abuse tax, goodwill impairment as well as other nondeductible expenses. For the six months ended June 30, 2018, the effective tax rate differs from the statutory rate of 21% primarily due to income attributable to redeemable non-controlling interests in consolidated subsidiaries and funds, stock compensation, foreign taxes, as well as other nondeductible expenses.

The Company recorded an uncertain tax position liability of $0.3 million as of June 30, 2019 and December 31, 2018 related to New York State tax matters.

The Company records deferred tax assets and liabilities for the future tax benefit or expense that will result from differences between the carrying value of its assets for income tax purposes and for financial reporting purposes, as well as for operating or capital loss and tax credit carryovers. A valuation allowance is recorded to bring the net deferred tax assets to a level that, in management's view, is more likely than not to be realized in the foreseeable future. This level will be estimated based on a number of factors, especially the amount of net deferred tax assets of the Company that are actually expected to be realized, for tax purposes, in the foreseeable future. As of June 30, 2019, the Company recorded a valuation allowance against deferred tax assets related to its foreign tax credits and foreign net operating losses.

The Company is subject to examination by the United States Internal Revenue Service as well as state, local and foreign tax authorities in jurisdictions where the Company has significant business operations, such as New York, United Kingdom, Luxembourg, Germany and Switzerland. Currently, the Company is under audit by New York State for the 2013 to 2017 tax years. Management is not expecting a material tax liability from these audits.

The Company continues to permanently reinvest the capital and accumulated earnings of its subsidiaries in the United Kingdom, Germany, Switzerland, Canada and Hong Kong.

## 17. Commitments and Contingencies

*Operating Lease Obligations*

The Company has entered into leases for real estate and other facilities. These leases contain rent escalation clauses and options to extend the lease term. The Company does not include renewal options in the lease term for calculating the Company's lease liability as the renewal options allow the Company operational flexibility and the Company is not reasonably certain to exercise these renewal options at this time as such the company has not incorporated the effect of the renewal options

53

Table of Contents

**Cowen Inc.**
**Notes to Unaudited Condensed Consolidated Financial Statements (Continued)**

into the determination of the lease term. The Company records the expenses related to occupancy and equipment on a straight-line basis over the lease term and are included in occupancy and equipment expense and client services and business development expense in the accompanying condensed consolidated statements of operations.

For the three and six months ended June 30, 2019, quantitative information regarding the Company's operating lease obligations reflected in the accompanying condensed consolidated statement of operations were as follows:

| | Three Months Ended June 30, 2019 | | Six Months Ended June 30, 2019 | |
|---|---|---|---|---|
| | (dollars in thousands) | | | |
| **Lease Cost** | | | | |
| Operating lease cost | $ | 6,063 | $ | 12,066 |
| Short-term lease cost | | 74 | | 91 |
| Variable lease cost | | 147 | | 446 |
| Sublease income | | (240) | | (507) |
| Total lease costs | $ | 6,044 | $ | 12,096 |

The following table summarizes the supplemental cash flow information and certain other information related to operating leases for the six months ended June 30, 2019:

| | Six Months Ended June 30, 2019 | |
|---|---|---|
| | (dollars in thousands) | |
| **Other Information** | | |
| Cash paid for amounts included in the measurement of lease liabilities: | | |
| Operating cash flows from operating leases | $ | 13,786 |
| | | |
| Weighted average remaining lease term - operating leases (in Years) | | 5.72 |
| Weighted average discount rate - operating leases | | 4.14% |

As of June 30, 2019, maturities of the outstanding operating lease liabilities for the Company were as follows:

| | Equipment Leases (operating) | | Real Estate and Other Facility Rental (a) (b) | |
|---|---|---|---|---|
| | (dollars in thousands) | | | |
| 2019 | $ | 307 | $ | 11,893 |
| 2020 | | 289 | | 24,020 |
| 2021 | | 48 | | 23,486 |
| 2022 | | 5 | | 20,249 |
| 2023 | | - | | 17,179 |
| Thereafter | | - | | 25,925 |
| Total Operating Leases | | 649 | | 122,752 |
| Less discount | | 16 | | 16,421 |
| Less short term leases | | - | | 91 |
| Total Lease Liability | $ | 633 | $ | 106,240 |

(a)     The Company has entered into various agreements to sublease certain of its premises.

(b)     In second quarter of 2019, the Company recognized operating ROU assets and leases liabilities of $3.9 million for real estate leases.

See Note 18 for further information on the finance lease minimum payments.

Prior to the adoption of the new lease accounting guidance, the minimum rental commitments under non-cancelable operating leases at December 31, 2018, were as follows:

54

Table of Contents

**Cowen Inc.**
**Notes to Unaudited Condensed Consolidated Financial Statements (Continued)**

| | Equipment Leases (a) | | Service Payments | | Real Estate and other Facility Rental (b) |
|---|---|---|---|---|---|
| | | | (dollars in thousands) | | |
| 2019 | $ | 2,434 | $ | 21,758 | $ 24,584 |
| 2020 | | 1,492 | | 7,514 | 22,608 |
| 2021 | | 1,382 | | 1,877 | 22,321 |
| 2022 | | 1,123 | | 1,372 | 19,166 |
| 2023 | | 374 | | 735 | 16,204 |
| Thereafter | | - | | 735 | 21,478 |
| | $ | 6,805 | $ | 33,991 | $ 126,361 |

(a)    Equipment Leases includes the Company's commitments relating to operating and capital leases. See Note 18 for further information on the capital lease minimum payments which are included in the table.

(b)    The Company has entered into various agreements to sublease certain of its premises. The Company recorded sublease income related to these leases of $1.4 million, $1.1 million, and $2.2 million for the years ended December 31, 2018, 2017, and 2016 respectively.

*Other Commitments*

As of June 30, 2019, future minimum annual service payments for the Company were as follows:

| | Service Payments |
|---|---|
| | (dollars in thousands) |
| 2019 | $ 11,827 |
| 2020 | 10,319 |
| 2021 | 5,425 |
| 2022 | 5,198 |
| 2023 | 3,573 |
| Thereafter | 6,331 |
| Total Operating Leases | $ 42,673 |

*Clawback Obligations*

For financial reporting purposes, the general partners of a real estate fund have recorded a liability for potential clawback obligations to the limited partners, due to changes in the unrealized value of the real estate fund's remaining investments and where the real estate fund's general partner has previously received carried interest distributions. The clawback liability, however, is not realized until the end of the real estate fund's life. The real estate fund is currently in a winding-up phase whereby the remaining assets of the real estate fund are being liquidated as promptly as possible so as to maximize value. However a final date for liquidation has not been set. The clawback obligations for the real estate fund were $6.5 million at June 30, 2019 and December 31, 2018, which is included in accounts payable, accrued expenses and other liabilities in the accompanying condensed consolidated statements of financial condition.

The Company serves as the general partner/managing member and/or investment manager to various affiliated and sponsored investment funds. As such, the Company is contingently liable for obligations for those entities. These amounts are not included above as the Company believes that the assets in these investment funds are sufficient to discharge any liabilities.

*Unfunded Commitments*

The following table summarizes unfunded commitments as of June 30, 2019:

55

Table of Contents

**Cowen Inc.**
**Notes to Unaudited Condensed Consolidated Financial Statements (Continued)**

| Entity | Unfunded Commitments | Commitment term |
|---|---|---|
| | (dollars in thousands) | |
| Real estate (a) | $ 23,749 | (a) |
| HealthCare Royalty Partners funds (b) | 5,665 | 2 years |
| Eclipse Ventures Fund I, L.P. (formerly Formation8 Partners Hardware Fund I, L.P.) | 119 | 5 years |
| Lagunita Biosciences, LLC | 500 | 3 years |
| Eclipse Fund II, L.P. | 225 | 6 years |
| Eclipse Continuity Fund I, L.P. | 210 | 7 years |
| Cowen Healthcare Investments II LP | 6,891 | 2 years |

(a) The Company had unfunded commitments pertaining to capital commitments in five real estate investments held by the Company, all of which pertain to related party investments. Such commitments can be called at any time between two to four years, subject to advance notice.

(b) The Company is a limited partner of the HealthCare Royalty Partners funds (which are managed by Healthcare Royalty Management) and is a member of HealthCare Royalty Partners General Partners. The Company will make its pro-rata investment in the HealthCare Royalty Partners funds along with the other limited partners.

*Litigation*

In the ordinary course of business, the Company and its affiliates, subsidiaries and current and former officers, directors and employees (the "Company and Related Parties") are named as defendants in, or as parties to, various legal actions and proceedings. Certain of these actions and proceedings assert claims or seek relief in connection with alleged violations of securities, banking, anti-fraud, anti-money laundering, employment and other statutory and common laws. Certain of these actual or threatened legal actions and proceedings include claims for substantial or indeterminate compensatory or punitive damages, or for injunctive relief.

In the ordinary course of business, the Company and Related Parties are also subject to governmental and regulatory examinations, information gathering requests (both formal and informal), certain of which may result in adverse judgments, settlements, fines, penalties, injunctions or other relief. Certain of the Company's affiliates and subsidiaries are registered broker-dealers, futures commission merchants, investment advisers or other regulated entities and, in those capacities, are subject to regulation by various U.S., state and foreign securities, commodity futures and other regulators. In connection with formal and informal inquiries by these regulators, we receive requests, and orders seeking documents and other information in connection with various aspects of the Company's regulated activities.

Due to the global scope of the Company's operations, and its presence in countries around the world, the Company and Related Parties may be subject to litigation, governmental and regulatory examinations, information gathering requests, investigations and proceedings (both formal and informal), in multiple jurisdictions with legal and regulatory regimes that may differ substantially, and present substantially different risks, from those to which the Company and Related Parties are subject in the United States.

The Company seeks to resolve all litigation and regulatory matters in the manner management believes is in the best interests of the Company and its shareholders, and contests liability, allegations of wrongdoing and, where applicable, the amount of damages or scope of any penalties or other relief sought as appropriate in each pending matter.

In accordance with US GAAP, the Company establishes reserves for contingencies when the Company believes that it is probable that a loss has been incurred and the amount of loss can be reasonably estimated. The Company discloses a contingency if there is at least a reasonable possibility that a loss may have been incurred and there is no reserve for the loss because the conditions above are not met. The Company's disclosure includes an estimate of the reasonably possible loss or range of loss for those matters, for which an estimate can be made. Neither a reserve nor disclosure is required for losses that are deemed remote.

The Company appropriately reserves for certain matters where, in the opinion of management, the likelihood of liability is probable and the extent of such liability is reasonably estimable. Such amounts are included within accounts payable, accrued expenses and other liabilities in the accompanying condensed consolidated statements of financial condition. Estimates, by their nature, are based on judgment and currently available information and involve a variety of factors, including, but not limited to, the type and nature of the litigation, claim or proceeding, the progress of the matter, the advice of legal counsel, the Company's defenses and its experience in similar cases or proceedings as well as its assessment of matters, including settlements, involving

56

Table of Contents

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

COWEN INC.

By:    /s/ JEFFREY M. SOLOMON

Name:    Jeffrey M. Solomon

Title:    *Chief Executive Officer*

By:    /s/ STEPHEN A. LASOTA

Name:    Stephen A. Lasota

Title:    *Chief Financial Officer (principal financial officer and principal accounting officer)*

Date:    August 1, 2019