# EXHIBIT A

EXHIBIT A:  Chemours Peer Company SEC Disclosures of Remediation Liabilities

| No. | Company | Disclosure of Range of Remediation Liabilities |
|---|---|---|
| 1 | 3M Company<br><br>Cited by Def. as Supp. Authority; company has large PFAS related liabilities. | No "remote" range of potential losses provided; rather, company stated that it could not estimate potential losses in excess of amounts accrued.<br><br>From 3M's 2018 Form 10-K: "[F]or locations at which remediation activity is largely ongoing, the Company **cannot estimate a possible loss or range of loss in excess of the associated established accruals** for the reasons described above." |
| 2 | Air Products & Chemicals, Inc.<br><br>Listed as peer in 2016-2020 Proxies | Provided a "reasonably possible" range of potential upper exposure but did not quantify any range of "deemed remote" liabilities.<br><br>From AP&C's 2018 Form 10-K: "We estimate the exposure for environmental loss contingencies to **range from $76 to a reasonably possible upper exposure of $90 as of 30 September 2018**." |
| 3 | Albemarle Corporation<br><br>Listed as peer in 2016-2021 Proxies | Provided a "reasonably possible" range of potential upper exposure but did not quantify any range of "deemed remote" liabilities.<br><br>From Albemarle Corp.'s 2018 Form 10-K: "[T]here is a **reasonable possibility** that future environmental remediation costs associated with our past operations, **could be an additional $10 million to $35 million before income taxes, in excess of amounts already recorded**." |
| 4 | Ashland Global Holdings Inc.<br><br>Listed as peer in 2016-2021 Proxies | Provided a "reasonably possible" range of potential upper exposure but did not quantify any range of "deemed remote" liabilities.<br><br>From Ashland's 2018 Form 10-K: "Although it is not possible to predict with certainty the ultimate costs of environmental remediation, **Ashland currently estimates that the upper end of the reasonably possible range of future costs for identified sites could be as high as approximately $430 million**. The largest reserve for any site is 14% of the remediation reserve." |
| 5 | Axalta Coating Systems Ltd.<br><br>Listed by Chemours as peer in 2019-2021 Proxies | No range of potential losses provided; rather, stated that remediation costs for environmental liabilities inherited from DuPont were difficult to predict and warned of the potential for unquantified "significant additional costs" in the future.<br><br>From Axalta's 2018 Form 10-K:  "Although we are indemnified by DuPont for certain environmental liabilities and we do not expect outstanding remediation obligations to have a material impact on our financial position, the ultimate cost of remediation is subject to a number of variables and difficult to accurately predict.  We may also incur significant additional costs as a result of contamination that is discovered and/or government required remediation obligations that are imposed at these or other properties in the future." |

1

*What Chemours says:*  "Therefore, considerable uncertainty exists with respect to environmental remediation costs, and, under adverse changes in circumstances, although deemed remote, the potential liability may range up to approximately $450 million above the amount accrued at December 31, 2018."

EXHIBIT A:  Chemours Peer Company SEC Disclosures of Remediation Liabilities

| No. | Company | Disclosure of Range of Remediation Liabilities |
|---|---|---|
| 6 | Cabot Corporation<br><br>Listed in as a peer in 2021 Proxy | No range of "remote" potential losses provided; rather, stated that unquantified additional costs above accruals were "reasonably possible."<br><br>From Cabot's 2018 Form 10-K: "[I]t is **reasonably possible that the Company could incur additional costs** in excess of environmental reserves currently recorded. Management estimates, based on the latest available information, that any such future environmental remediation costs that are reasonably possible to be in excess of amounts already recorded would be immaterial to the Company's consolidated financial statements." |
| 7 | Celanese Corporation<br><br>Listed as peer in 2016-2021 Proxies | No range of potential "remote" losses provided; rather, company warned generally that remediation costs "may have a material adverse effect on the results of operations or cash flows in any given period."<br><br>From Celanese's 2018 Form 10-K:  "The Company provides for such obligations when the event of loss is probable and reasonably estimable. The Company believes that environmental remediation costs will not have a material adverse effect on the financial position of the Company, but may have a material adverse effect on the results of operations or cash flows in any given period." |
| 8 | Corteva, Inc.<br><br>Spun-out of DuPont; part of 1/22/21 settlement with Chemours. | Provided a "reasonably possible" range of potential upper exposure but did not quantify any range of "deemed remote" liabilities.<br><br>From Corteva's 2019 Form 10-K: "This is management's best estimate of the costs for remediation and restoration with respect to environmental matters for which the company has accrued liabilities, although **it is reasonably possible that the ultimate cost with respect to these particular matters could range up to $620 million above the amount accrued** at December 31, 2019."<br><br>While company generally warned that "**the possibility is remote that costs in excess of the range disclosed will have a material impact** on the company's results," it did not quantify any upper range of "deemed remote" liabilities. |
| 9 | The Dow Chemical Company | Provided a "reasonably possible" range of potential upper exposure but did not quantify any range of "deemed remote" liabilities.<br><br>From Dow Chemical Company's 2018 Form 10-K: "[T]he Company's accrued liability for probable environmental remediation and restoration costs was $820 million . . . . [I]t is **reasonably possible that the ultimate cost with respect to these particular matters could range up to approximately two times that amount**."<br><br>While the company warned "**that the possibility is remote that costs in excess of the range disclosed will have a material impact** on the Company's results of operations, financial condition and cash flows," it did not quantify any upper range of "deemed remote" liabilities. |

2

*What Chemours says:*  "Therefore, considerable uncertainty exists with respect to environmental remediation costs, and, under adverse changes in circumstances, although deemed remote, the potential liability may range up to approximately $450 million above the amount accrued at December 31, 2018."

EXHIBIT A:  Chemours Peer Company SEC Disclosures of Remediation Liabilities

| No. | Company | Disclosure of Range of Remediation Liabilities |
|---|---|---|
| 10 | Dow Inc. | Provided a "reasonably possible" range of potential upper exposure but did not quantify any range of "deemed remote" liabilities.<br><br>For example, Dow's 2019 Form 10-K stated:  "[T]he Company had accrued obligations of $1,155 million for probable environmental remediation and restoration costs . . .although it is reasonably possible that the ultimate cost with respect to these particular matters could **range up to approximately one and a half times that amount**."<br><br>While the company warned **"that the possibility is remote that costs in excess of the range disclosed will have a material impact** on the Company's results of operations, financial condition and cash flows," it did not quantify any upper range of "deemed remote" liabilities. |
| 11 | DowDuPont Inc. | Provided a "reasonably possible" range of potential upper exposure but did not quantify any range of "deemed remote" liabilities.<br><br>For example, DowDuPont's 2018 Form 10-K accrued $1.201 billion in remediation liabilities and estimated that "it is **reasonably possible that the ultimate cost with respect to these particular matters could range up to approximately two and a half times that amount.**"<br><br>While the company warned "that **the possibility is remote that costs in excess of the range disclosed will have a material impact on the Company's results of operations, financial condition or cash flows,"** it did not quantify any upper range of "deemed remote" liabilities. |
| 12 | E.I. DuPont De Nemours and Company | Provided a "reasonably possible" range of potential upper exposure but did not quantify any range of "deemed remote" liabilities.<br><br>For example, DuPont's 2018 Form 10-K accrued $381 million for environmental remediation and estimated that "**it is reasonably possible that the ultimate co**st with respect to these particular matters could range up to $750 million above that amount."<br><br>While the company warned **"the possibility is remote that costs in excess of the range disclosed will have a material impact on the company's results of operations, financial condition or cash flows,"** it did not quantify any upper range of "deemed remote" liabilities. |

3

*What Chemours says:*  "Therefore, considerable uncertainty exists with respect to environmental remediation costs, and, under adverse changes in circumstances, although deemed remote, the potential liability may range up to approximately $450 million above the amount accrued at December 31, 2018."

EXHIBIT A:  Chemours Peer Company SEC Disclosures of Remediation Liabilities

| No. | Company | Disclosure of Range of Remediation Liabilities |
|---|---|---|
| 13 | Eastman Chemical Company<br><br>Listed as peer in 2016-2021 Proxies | Provided "minimums" and "maximums" of potential remediation liabilities, and stated that the "minimums" were deemed "probable" and "reasonably estimable" and therefore accrued; did not disclose or quantify any potential range of "deemed remote" liabilities.<br><br>For example, from Eastman Chemical's 2018 Form 10-K: "Estimated future environmental expenditures for undiscounted remediation costs **ranged from the best estimate or minimum of $271 million to the maximum of $508 million and from the best estimate or minimum of $280 million to the maximum of $483 million at December 31, 2018 and December 31, 2017, respectively. The best estimate or minimum estimated future environmental expenditures are considered to be probable and reasonably estimable and include the amounts accrued** at both December 31, 2018 and December 31, 2017." |
| 14 | Element Solutions (fka. Platform Specialty Products)<br><br>Listed by Chemours in 2019 and 2020 Proxies | Environmental liabilities deemed too uncertain for any range of "reasonably possible" losses to be provided—no discussion or disclosure of any "remote" range of losses.<br><br>From Element Solutions' 2018 Form 10-K: "As of the date hereof, management believes it is **not possible to develop an estimate of the range of reasonably possible environmental loss** in excess of the Company's recorded liabilities, and is **unable to ascertain the ultimate aggregate amount of monetary liability or financial impact** with respect to these matters." |
| 15 | Honeywell International Inc. | Environmental remediation liabilities deemed too uncertain to estimate any range of "reasonably possible" losses in excess of remediation accruals to be provided—no discussion or disclosure of any "remote" range of losses.<br><br>From Honeywell's 2018 Form 10-K:  "Given the uncertainties regarding the status of laws, regulations, enforcement policies, the impact of other potentially responsible parties, technology and information related to individual sites, **we do not believe it is possible to develop an estimate of the range of reasonably possible environmental loss in excess of our recorded liabilities."** |
| 16 | Huntsman Corporation<br><br>Listed as peer in 2016-2021 Proxies | Environmental remediation liabilities deemed too uncertain to estimate any range of potential remediation losses in excess of accruals—no discussion or disclosure of any "remote" range of losses.<br><br>From Huntsman Corp's 2018 Form 10-K:  "We may incur losses for environmental remediation in excess of the amounts accrued; **however, we are not able to estimate the amount or range of such potential excess."** |

4

*What Chemours says:*  "Therefore, considerable uncertainty exists with respect to environmental remediation costs, and, under adverse changes in circumstances, although deemed remote, the potential liability may range up to approximately $450 million above the amount accrued at December 31, 2018."

EXHIBIT A:  Chemours Peer Company SEC Disclosures of Remediation Liabilities

| No. | Company | Disclosure of Range of Remediation Liabilities |
|---|---|---|
| 17 | Johnson Controls International PLC<br><br>Defendant Vergnano is a member of the Board. | Environmental remediation liabilities deemed too uncertain for any range of losses to be provided—no discussion or disclosure of any "remote" range of losses.<br><br>From Johnson Controls' 2018 Form 10-K:  "**It is difficult to estimate the Company's ultimate level of liability at many remediation sites** due to the large number of other parties that may be involved, the complexity of determining the relative liability among those parties, the uncertainty as to the nature and scope of the investigations and remediation to be conducted, the uncertainty in the application of law and risk assessment, the various choices and costs associated with diverse technologies that may be used in corrective actions at the sites, and the often quite lengthy periods over which eventual remediation may occur." |
| 18 | Kronos Worldwide Inc.<br><br>Listed as peer in 2017-2020 Proxies. | Stated generally that company "may be required to make expenditures for environmental remediation in the future" and provided expectations for capital expenditures related to environmental remediation for the next year, but did not discuss or disclose any range of "remote" environmental remediation liabilities.<br><br>For example, from Kronos's 2018 Form 10-K: "Although we have not incurred and do not currently anticipate any material liabilities in connection with [] environmental laws, we may be required to make expenditures for environmental remediation in the future . . . Our capital expenditures related to ongoing environmental compliance, protection and improvement programs, including capital expenditures which are primarily focused on increasing operating efficiency but also result in improved environmental protection such as lower emissions from our manufacturing facilities, were $17.1 million in 2018 and are currently expected to be approximately $25 million in 2019." |
| 19 | The Mosaic Company<br><br>Listed as peer in 2016-2020 Proxies | Warned of "material expenditures" that "could be required in the future" for remediation, but did not discuss or disclose any range of "remote" environmental remediation liabilities.<br><br>For example, from The Mosaic Co.'s 2018 Form 10-K: "Taking into consideration established accruals of approximately $58.6 million and $35.1 million, as of December 31, 2018 and 2017, respectively, expenditures for these known conditions currently are not expected, individually or in the aggregate, to have a material effect on our business or financial condition. **However, material expenditures could be required in the future to remediate the contamination** at known sites or at other current or former sites or as a result of other environmental, health and safety matters." |
| 20 | Olin Corp.<br><br>Listed by Chemours as peer in 2019-21 Proxies | Provided a "reasonably possible" range of potential upper remediation exposure but did not quantify any range of "deemed remote" liabilities.<br><br>For example, from Olin's 2018 Form 10-K: "At December 31, 2018, we **estimate it is reasonably possible that we may have additional contingent environmental liabilities of $60 million in addition to the amounts for which we have already recorded as a reserve.**" |

5

*What Chemours says:*  "Therefore, considerable uncertainty exists with respect to environmental remediation costs, and, under adverse changes in circumstances, although deemed remote, the potential liability may range up to approximately $450 million above the amount accrued at December 31, 2018."

EXHIBIT A:  Chemours Peer Company SEC Disclosures of Remediation Liabilities

| No. | Company | Disclosure of Range of Remediation Liabilities |
|---|---|---|
| 21 | PolyOne Corp. (Named Avient after 2020)<br><br>Listed as peer in 2016-2021 Proxies | Stated that it was "reasonably possible" the company could incur losses in excess of accruals but did not disclose or quantify any range of "reasonably possible" or "remote" losses.<br><br>For example, PolyOne's 2018 Form 10-K stated: "Depending upon the results of future testing, completion and results of remedial investigation and feasibility studies, the ultimate remediation alternatives undertaken, changes in regulations, technology development, new information, newly discovered conditions and other factors, **it is reasonably possible that we could incur additional costs in excess of the amount accrued** at December 31, 2018. However, such additional costs, if any, cannot be currently estimated." |
| 22 | PPG Industries, Inc.<br><br>Listed as peer in 2016-2021 Proxies | Provided a "reasonably possible" range of potential upper exposure but did not quantify any range of "deemed remote" liabilities.<br><br>From PPG's 2018 Form 10-K:  "In addition to the $291 million currently reserved for environmental remediation efforts, **we may be subject to loss contingencies related to environmental matters estimated to be approximately $100 million to $200 million. These reasonably possible unreserved losses** relate to environmental matters at a number of sites, none of which are individually significant. The loss contingencies related to these sites include significant unresolved issues such as the nature and extent of contamination at these sites and the methods that may have to be employed to remediate them." |
| 23 | RPM International, Inc.<br><br>Listed as peer in 2016-2021 Proxies | Did not disclose any "remote" ranges of potential losses from environmental liabilities; rather, company warned generally that losses were difficult to estimate and "costs may ultimately exceed existing estimated accruals for other sites."<br><br>From RPM's 2018 Form 10-K: "Our environmental-related accruals are similarly established and/or adjusted as more information becomes available upon which costs can be reasonably estimated. Actual costs may vary from these estimates because of the inherent uncertainties involved, including the identification of new sites and the development of new information about contamination. Certain sites are still being investigated; therefore, we have been unable to fully evaluate the ultimate costs for those sites. As a result, accruals have not been estimated for certain of these sites and costs may ultimately exceed existing estimated accruals for other sites." |

*What Chemours says:*  "Therefore, considerable uncertainty exists with respect to environmental remediation costs, and, under adverse changes in circumstances, although deemed remote, the potential liability may range up to approximately $450 million above the amount accrued at December 31, 2018."

EXHIBIT A:  Chemours Peer Company SEC Disclosures of Remediation Liabilities

| No. | Company | Disclosure of Range of Remediation Liabilities |
|---|---|---|
| 24 | The Sherwin-Williams Company<br><br>Listed as peer in 2016-2021 Proxies | Stated that accruals were determined by calculating minimums and maximums, and that minimum amounts were used for accruals if they were deemed to be equally as likely as the maximum amounts.  While company disclosed the equally likely potential "maximum" amounts, there was no discussion of any "remote" liability ranges.<br><br>For example, in Sherwin-Williams's 2018 Form 10-K: "If the best estimate of costs can only be identified as a range and no specific amount within that range can be determined more likely than any other amount within the range, the minimum of the range is provided . . .If the Company's future loss contingency is ultimately determined to be at the unaccrued maximum of the estimated range of possible outcomes for every site for which costs can be reasonably estimated, the Company's accrual for environmental-related activities would be $117,518 higher than the minimum accruals at December 31, 2018." |
| 25 | Trinseo S.A.<br><br>Listed by Chemours in 2019-2021 Proxies | No environmental liabilities recorded.  While the company stated that because it was indemnified by Dow, the possibility of material adverse environmental remediation costs was "remote," there was no discussion or disclosure of any "remote" ranges of liability.<br><br>From Trinseo's 2018 Form 10-K: **"In connection with the Company's existing indemnification, the possibility is considered remote that environmental remediation costs will have a material adverse impact** on the consolidated financial statements." |
| 26 | Tronox Ltd.<br><br>Listed by Chemours in 2017-2021 Proxies | Did not provide any potential ranges of "remote" liability; rather, company generally warned of "significant' environmental compliance costs and that future developments may "have a material effect on our business."<br><br>From Tronox's 2018 Form 10-K:  "In the ordinary course of business, we are subject to frequent environmental inspections and monitoring, and occasional investigations by governmental enforcement authorities. Under these laws, we are or may be required to obtain or maintain permits or licenses in connection with our operations. In addition, under these laws, we are or may be required to remove or mitigate the effects on the environment of the disposal or release of chemical, petroleum, low-level radioactive and other substances at our facilities. We may incur future costs for capital improvements and general compliance under environmental, health, and safety laws, including costs to acquire, maintain, and repair pollution control equipment. Environmental laws and regulations are becoming increasingly stringent, and **compliance costs are significant and will continue to be significant in the foreseeable future. There can be no assurance that such laws and regulations or any environmental law or regulation enacted in the future is not likely to have a material effect on our business."** |

7

*What Chemours says:*  "Therefore, considerable uncertainty exists with respect to environmental remediation costs, and, under adverse changes in circumstances, although deemed remote, the potential liability may range up to approximately $450 million above the amount accrued at December 31, 2018."

EXHIBIT A:  Chemours Peer Company SEC Disclosures of Remediation Liabilities

| No. | Company | Disclosure of Range of Remediation Liabilities |
|---|---|---|
| 27 | Venator Materials PLC<br><br>Listed by Chemours in 2019-2021 Proxies | Did not provide any potential ranges of "remote" liability; rather, company generally warned of "incur[ring] additional losses for environmental remediation" above accruals and otherwise stated that environmental liabilities were too uncertain to estimate.<br><br>For example, Venator's 2017 Form 10-K stated: "The extent of environmental impacts may not be fully known and the processes and costs of remediation may change as new information is obtained or technology for remediation is improved.  . . . As of December 31, 2017 and 2016, we had environmental reserves of $12 million, each. **We may incur additional losses for environmental remediation.**" |
| 28 | W.R. Grace and Co.<br><br>Listed as peer in 2016-2021 Proxies | Provided a "reasonably possible" range of potential upper exposure but did not quantify any range of "deemed remote" liabilities.<br><br>Specifically, Grace's 2018 Form 10-K stated the following with respect to Grace's vermiculite-related liabilities: "**It is reasonably possible that the ultimate costs of remediation could range between $30 million and $170 million.**" |
| 29 | Westlake Chemical Corp.<br><br>Listed by Chemours in its 2018-2021 Proxies as a Peer | Provided a "reasonably possible" range of potential upper exposure but did not quantify any range of "deemed remote" liabilities.<br><br>For example, from Westlake's 2018 Form 10-K:  "The Company's assessment of the potential impact of environmental contingencies is subject to considerable uncertainty due to the complex, ongoing and evolving process of investigation and remediation, if necessary, of such environmental contingencies, and the potential for technological and regulatory developments. As such, in addition to the amounts currently reserved, **the Company may be subject to reasonably possible loss contingencies related to environmental matters in the range of $65 to $130.**" |

8

*What Chemours says:*  "Therefore, considerable uncertainty exists with respect to environmental remediation costs, and, under adverse changes in circumstances, although deemed remote, the potential liability may range up to approximately $450 million above the amount accrued at December 31, 2018."

# EXHIBIT B

# AlphaSense

**View in AlphaSense**

| Filter Name | Search Selection | | |
|---|---|---|---|
| Keyword | "deemed remote" | | (within 15 words) |
| Timeframe | From 06/30/2016 to 01/17/2022 | | |
| Ticker | - | | |
| Sources | 10K/10KA - Annual filings | | |

| Company | Source | Title | Date | Score | Actions |
|---|---|---|---|---|---|
| SNEX - StoneX Group Inc | 10K | Annual Report | 29-Nov | | Read |
| ABC - AmerisourceBergen Corp | 10K | Annual Report | 23-Nov | | Read |
| RLLY - ARC Group Inc | 10K | Annual Report | 30-Aug | | Read |
| TGI - Triumph Group Inc | 10K | Annual Report | 20-May | | Read |
| DKS - Dick's Sporting Goods Inc | 10K | Annual Report | 24-Mar | | Read |
| KLR - Kaleyra Inc | 10K | Annual Report | 16-Mar | | Read |
| USDP - USD Partners LP | 10K | Annual Report | 04-Mar | | Read |
| COWN - Cowen Inc | 10K | Annual Report | 03-Mar | | Read |
| C - Citigroup Inc | 10K | Annual Report | 26-Feb | | Read |
| ZYXI - Zynex Inc | 10K | Annual Report | 25-Feb | | Read |
| FND - Floor & Decor Holdings Inc | 10K | Annual Report | 25-Feb | | Read |
| BPMP - BP Midstream Partners LP | 10K | Annual Report | 25-Feb | | Read |
| HCC - Warrior Met Coal Inc | 10K | Annual Report | 24-Feb | | Read |
| MGI - MoneyGram International Inc | 10K | Annual Report | 22-Feb | | Read |
| Northern States Power Co - Northern States Power Co | 10K | Annual Report | 17-Feb | | Read |
| XEL - Xcel Energy Inc | 10K | Annual Report | 17-Feb | | Read |

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

| Company | Filing | Document | Date | | |
|---|---|---|---|---|---|
| CC - The Chemours Co | 10K | Annual Report | 12-Feb | | Read |
| JEF - Jefferies Financial Group Inc | 10K | Annual Report | 29-Jan | | Read |
| PLAB - Photronics Inc | 10K | Annual Report | 15-Jan | | Read |
| TRCK - Track Group Inc | 10K | Annual Report | 23-Dec | | Read |
| SNEX - StoneX Group Inc | 10K | Annual Report | 14-Dec | | Read |
| ABC - AmerisourceBergen Corp | 10K | Annual Report | 19-Nov | | Read |
| TGI - Triumph Group Inc | 10K | Annual Report | 28-May | | Read |
| KLR - Kaleyra Inc | 10K | Annual Report | 22-Apr | | Read |
| HIBB - Hibbett Inc | 10K | Annual Report | 16-Apr | | Read |
| DKS - Dick's Sporting Goods Inc | 10K | Annual Report | 20-Mar | | Read |
| CBKCQ - Christopher & Banks Corp | 10K | Annual Report | 16-Mar | | Read |
| -- - Jason Industries Inc | 10K/A | Amended Annual Report | 04-Mar | | Read |
| COWN - Cowen Inc | 10K | Annual Report | 04-Mar | | Read |
| -- - Jason Industries Inc | 10K | Annual Report | 02-Mar | | Read |
| MGI - MoneyGram International Inc | 10K | Annual Report | 28-Feb | | Read |
| ZYXI - Zynex Inc | 10K | Annual Report | 27-Feb | | Read |
| BPMP - BP Midstream Partners LP | 10K | Annual Report | 27-Feb | | Read |
| C - Citigroup Inc | 10K | Annual Report | 21-Feb | | Read |
| QSP.UN.CA - Restaurant Brands International LP | 10K | Annual Report | 21-Feb | | Read |
| QSR - Restaurant Brands International Inc | 10K | Annual Report | 21-Feb | | Read |
| FND - Floor & Decor Holdings Inc | 10K | Annual Report | 20-Feb | | Read |
| HCC - Warrior Met Coal Inc | 10K | Annual Report | 19-Feb | | Read |
| CC - The Chemours Co | 10K | Annual Report | 14-Feb | | Read |
| JEF - Jefferies Financial Group Inc | 10K | Annual Report | 29-Jan | | Read |
| JEF - Jefferies Financial | 10K | Annual Report | 29-Jan | | Read |

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

Group Inc

| | | | | |
|---|---|---|---|---|
| SNEX - StoneX Group Inc | 10K | Annual Report | 12-Dec | Read |
| LUB - Luby's Inc | 10K | Annual Report | 26-Nov | Read |
| ABC - AmerisourceBergen Corp | 10K | Annual Report | 19-Nov | Read |
| EAT - Brinker International Inc | 10K | Annual Report | 22-Aug | Read |
| TGI - Triumph Group Inc | 10K | Annual Report | 23-May | Read |
| MDXL - MediXall Group Inc | 10K | Annual Report | 16-May | Read |
| HIBB - Hibbett Inc | 10K | Annual Report | 18-Apr | Read |
| BBW - Build-A-Bear Workshop Inc | 10K | Annual Report | 18-Apr | Read |
| NRBT - Novus Robotics Inc | 10K | Annual Report | 12-Apr | Read |
| GCO - Genesco Inc | 10K | Annual Report | 03-Apr | Read |
| DKS - Dick's Sporting Goods Inc | 10K | Annual Report | 29-Mar | Read |
| RLLY - ARC Group Inc | 10K | Annual Report | 29-Mar | Read |
| DBI - Designer Brands Inc | 10K | Annual Report | 26-Mar | Read |
| CBKCQ - Christopher & Banks Corp | 10K | Annual Report | 18-Mar | Read |
| COWN - Cowen Inc | 10K | Annual Report | 07-Mar | Read |
| MGI - MoneyGram International Inc | 10K | Annual Report | 06-Mar | Read |
| BPMP - BP Midstream Partners LP | 10K | Annual Report | 28-Feb | Read |
| ZYXI - Zynex Inc | 10K | Annual Report | 26-Feb | Read |
| WASH - Washington Trust Bancorp | 10K | Annual Report | 26-Feb | Read |
| QSP.UN.CA - Restaurant Brands International LP | 10K | Annual Report | 22-Feb | Read |
| C - Citigroup Inc | 10K | Annual Report | 22-Feb | Read |
| QSR - Restaurant Brands International Inc | 10K | Annual Report | 22-Feb | Read |
| CC - The Chemours Co | 10K | Annual Report | 15-Feb | Read |
| JEF - Jefferies Financial | 10K | Annual Report | 29-Jan | Read |

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

Group Inc

| | | | | | |
|---|---|---|---|---|---|
| SNEX - StoneX Group Inc | 10K | Annual Report | | 12-Dec | Read |
| LUB - Luby's Inc | 10K/A | Amended Annual Report | | 30-Nov | Read |
| ABC - AmerisourceBergen Corp | 10K | Annual Report | | 20-Nov | Read |
| LUB - Luby's Inc | 10K | Annual Report | | 16-Nov | Read |
| TGI - Triumph Group Inc | 10K | Annual Report | | 23-May | Read |
| M - Macy's Inc | 10K | Annual Report | | 04-Apr | Read |
| LOW - Lowe's Companies Inc | 10K | Annual Report | | 02-Apr | Read |
| NRBT - Novus Robotics Inc | 10K | Annual Report | | 02-Apr | Read |
| BBY - Best Buy Co Inc | 10K | Annual Report | | 02-Apr | Read |
| MDXL - MediXall Group Inc | 10K/A | Amended Annual Report | | 30-Mar | Read |
| HIBB - Hibbett Inc | 10K | Annual Report | | 30-Mar | Read |
| DKS - Dick's Sporting Goods Inc | 10K | Annual Report | | 30-Mar | Read |
| RLLY - ARC Group Inc | 10K | Annual Report | | 30-Mar | Read |
| DBI - Designer Brands Inc | 10K | Annual Report | | 23-Mar | Read |
| MGI - MoneyGram International Inc | 10K | Annual Report | | 16-Mar | Read |
| -- - MMA Capital Holdings Inc | 10K | Annual Report | | 16-Mar | Read |
| CBKCQ - Christopher & Banks Corp | 10K | Annual Report | | 09-Mar | Read |
| COWN - Cowen Inc | 10K | Annual Report | | 06-Mar | Read |
| MDXL - MediXall Group Inc | 10K | Annual Report | | 01-Mar | Read |
| JEF - Jefferies Financial Group Inc | 10K | Annual Report | | 27-Feb | Read |
| VBIV - VBI Vaccines Inc | 10K | Annual Report | | 26-Feb | Read |
| QSR - Restaurant Brands International Inc | 10K | Annual Report | | 23-Feb | Read |
| C - Citigroup Inc | 10K | Annual Report | | 23-Feb | Read |
| QSP.UN.CA - Restaurant Brands | 10K | Annual Report | | 23-Feb | Read |

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

International LP

| Company | Type | Report | | Date | | |
|---|---|---|---|---|---|---|
| ALLY - Ally Financial Inc | 10K | Annual Report | | 21-Feb | | Read |
| CC - The Chemours Co | 10K | Annual Report | | 16-Feb | | Read |
| TXT - Textron Inc | 10K | Annual Report | | 15-Feb | | Read |
| JEF - Jefferies Financial Group Inc | 10K | Annual Report | | 26-Jan | | Read |
| SNEX - StoneX Group Inc | 10K | Annual Report | | 14-Dec | | Read |
| ABC - AmerisourceBergen Corp | 10K | Annual Report | | 21-Nov | | Read |
| EPAY - Bottomline Technologies Inc | 10K | Annual Report | | 28-Aug | | Read |
| TGI - Triumph Group Inc | 10K | Annual Report | | 24-May | | Read |
| MDXL - MediXall Group Inc | 10K/A | Amended Annual Report | | 22-May | | Read |
| NRBT - Novus Robotics Inc | 10K | Annual Report | | 17-Apr | | Read |
| LOW - Lowe's Companies Inc | 10K | Annual Report | | 04-Apr | | Read |
| IRNC - Ironclad Encryption Corporation | 10K | Annual Report | | 31-Mar | | Read |
| MDXL - MediXall Group Inc | 10K | Annual Report | | 30-Mar | | Read |
| BBY - Best Buy Co Inc | 10K | Annual Report | | 24-Mar | | Read |
| VBIV - VBI Vaccines Inc | 10K | Annual Report | | 20-Mar | | Read |
| CBKCQ - Christopher & Banks Corp | 10K | Annual Report | | 16-Mar | | Read |
| MGI - MoneyGram International Inc | 10K | Annual Report | | 16-Mar | | Read |
| TRAC Intermodal LLC - TRAC Intermodal LLC | 10K | Annual Report | | 07-Mar | | Read |
| ALLY - Ally Financial Inc | 10K | Annual Report | | 27-Feb | | Read |
| COWN - Cowen Inc | 10K | Annual Report | | 27-Feb | | Read |
| JEF - Jefferies Financial Group Inc | 10K | Annual Report | | 27-Feb | | Read |
| C - Citigroup Inc | 10K | Annual Report | | 24-Feb | | Read |
| CC - The Chemours Co | 10K | Annual Report | | 17-Feb | | Read |
| QSP.UN.CA - Restaurant Brands International LP | 10K | Annual Report | | 17-Feb | | Read |

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

| | | | | | | |
|---|---|---|---|---|---|---|
| QSR - Restaurant Brands International Inc | 10K | Annual Report | | 17-Feb | | Read |
| GPI - Group 1 Automotive Inc | 10K | Annual Report | | 17-Feb | | Read |
| JEF - Jefferies Financial Group Inc | 10K | Annual Report | | 27-Jan | | Read |
| OMNT - Ominto Inc | 10K | Annual Report | | 29-Dec | | Read |
| TRCK - Track Group Inc | 10K | Annual Report | | 20-Dec | | Read |
| SNEX - StoneX Group Inc | 10K | Annual Report | | 14-Dec | | Read |
| ABC - AmerisourceBergen Corp | 10K | Annual Report | | 22-Nov | | Read |
| SYY - Sysco Corp | 10K | Annual Report | | 30-Aug | | Read |
| EPAY - Bottomline Technologies Inc | 10K | Annual Report | | 29-Aug | | Read |

**SNEX - StoneX Group Inc** | **Annual Report** (10K , 29-Nov-21, 325 pages)

If the assessment indicates that a potentially material loss contingency is not probable, but is reasonably possible, or is probable but cannot be estimated, then the nature of the contingent liability, together with an estimate of the range of possible loss if determinable and material, would be disclosed. **Neither accrual nor disclosure is required for loss contingencies that are *deemed remote*.** The Company accrues legal fees related to contingent liabilities as they are incurred.

Read in AlphaSense

**ABC - AmerisourceBergen Corp** | **Annual Report** (10K , 23-Nov-21, 102 pages)

Each of our business units performs ongoing credit evaluations of its customers' financial condition and maintains reserves for expected credit losses and specific credit problems when they arise. **We write off balances against the reserves when collectability is *deemed remote*.** Each business unit performs formal, documented reviews of the allowance at least quarterly, and our largest business units perform such reviews monthly.

Read in AlphaSense

**RLLY - ARC Group Inc** | **Annual Report** (10K , 30-Aug-21, 158 pages)

Additionally, ASC 606 impacted the accounting for transactions related to our gift card program. **Under previous guidance, estimated breakage income on gift cards was deferred until it was *deemed remote* that the unused gift card balance would be redeemed.** Under ASC 606, breakage income on gift cards is recognized as gift cards are utilized.

Additionally, ASC 606 impacted the accounting for transactions related to the Company's gift card program. **Under previous guidance, estimated breakage income on gift cards was deferred until it was *deemed remote* that the unused gift card balance would be redeemed.** Under ASC 606, breakage income on gift cards is recognized as gift cards are utilized.

Read in AlphaSense

**TGI - Triumph Group Inc** | **Annual Report** (10K , 20-May-21, 96 pages)

The Company pools receivables that share underlying risk characteristics and records the allowance for expected credit losses based on a combination of prior experience, current economic conditions and management's expectations of future economic conditions, and specific collectibility matters when they arise. **The Company writes off balances against the allowance for expected credit losses when collectibility is *deemed remote*.** The Company's trade and other receivables are exposed to credit risk; however, the risk is limited due to the diversity of the customer base.

Read in AlphaSense

**DKS - Dick's Sporting Goods Inc** | **Annual Report** (10K , 24-Mar-21, 85 pages)

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

The primary impact to the Company's accounting policies of adopting Topic 606 related to the timing of revenue recognition for gift card breakage. Gift card breakage prior to adoption was recognized at the point gift card redemption was **deemed remote**. As a result of the adoption of Topic 606, the Company recognizes gift card breakage over time in proportion to the pattern of rights exercised by the customer.

*Read in AlphaSense*

---

**KLR - Kaleyra Inc** | **Annual Report** (10K , 16-Mar-21, 157 pages)

Contingencies As of December 31, 2020, the Company had contingent liabilities of $129,000, relating to a tax appeal of Solutions Infini for which no provision was recognized as its occurrence was **deemed remote**. 21. STOCKHOLDERS' EQUITY (DEFICIT)

*Read in AlphaSense*

---

**USDP - USD Partners LP** | **Annual Report** (10K , 04-Mar-21, 177 pages)

As of late January 2021, based on current circumstances and conversations with our customers, we reasonably expect that customers of our Hardisty and Stroud terminals plan to use some of their accrued deficiency credits during 2021. As such, we will be required to defer the recognition of the revenue associated with the expected usage of the deficiency credits during 2021 until either the deficiency credit has been used or the likelihood of the credit's usage has been **deemed remote**. Additionally, we could incur incremental costs associated with loading the additional trains for our customers if they do use their accrued deficiency credits, but such costs are not expected to be material.

Higher rates included in some of our terminalling services agreements that became effective July 1, 2019 at our Hardisty Terminal due to our re-contracting efforts and increased rates in some of our contracts for the last half of 2020 also contributed to the increase in revenues. Additionally, we recognized revenue in 2020 that we previously deferred associated with the make-up right options we granted to customers of our Hardisty Terminal, as the likelihood that the make-up right options would be utilized in future periods was **deemed remote** and the make-up right options have now expired. In addition to the increases in revenue that were attributable to our Hardisty Terminal, we also had increased revenue at our Stroud Terminal in the last half of 2020 due to higher rates that are based on crude oil pricing index differentials.

Our pipeline fees increased $2.9 million to $23.9 million for the year ended December 31, 2020, as compared with $21.0 million for the year ended December 31, 2019, primarily due to higher revenues at our Hardisty Terminal. Additionally, we recognized pipeline fees during the year ended December 31, 2020, associated with revenue that we previously deferred associated with the make-up right options we granted to customers of our Hardisty Terminal, since the likelihood that the make-up right options would be utilized in future periods was **deemed remote** and the make-up right options have now expired. 81

As a result of events which have occurred subsequent to December 31, 2020, we reasonably expect that customers of our Hardisty and Stroud terminals plan to use some of their accrued deficiency credits during 2021. As such, we will be required to defer the recognition of the revenue associated with the expected usage of the deficiency credits starting in the first quarter 2021 until either the deficiency credit has been used or the likelihood of the credit's usage has been **deemed remote**. Such amounts are not expected to have a material impact on our cash flows or results of operations.

*Read in AlphaSense*

---

**COWN - Cowen Inc** | **Annual Report** (10K , 03-Mar-21, 195 pages)

The Company's disclosure includes an estimate of the reasonably possible loss or range of loss for those matters, for which an estimate can be made. Neither a reserve nor disclosure is required for losses that are **deemed remote**. The Company appropriately reserves for certain matters where, in the opinion of management, the likelihood of liability is probable and the extent of such liability is reasonably estimable.

The Company's disclosure includes an estimate of the reasonably possible loss or range of loss for those matters for which an estimate can be made. Neither reserve nor disclosure is required for losses that are **deemed remote**. r. Capital withdrawals payable

The Company's disclosure includes an estimate of the reasonably possible loss or range of loss for those matters, for which an estimate can be made. Neither a reserve nor disclosure is required for losses that are **deemed remote** . The Company appropriately reserves for certain matters where, in the opinion of management, the likelihood of liability is probable and the extent of such liability is reasonably estimable.

*Read in AlphaSense*

---

**C - Citigroup Inc** | **Annual Report** (10K , 26-Feb-21, 784 pages)

Commercial commitments generally have floating interest rates and fixed expiration dates and may require payment of fees. Such fees (net of certain direct costs) are deferred and, upon exercise of the commitment, amortized over the life of the loan or, if exercise is **deemed remote**, amortized over the commitment period. Commercial and Similar Letters of Credit

ASC 450 does not require disclosure of an estimate of the reasonably possible loss or range of loss where an estimate cannot be made. Neither accrual nor disclosure is required for losses that are **deemed remote**. Litigation, Regulatory and Other Contingencies

*Read in AlphaSense*

---

**ZYXI - Zynex Inc** | **Annual Report** (10K , 25-Feb-21, 54 pages)

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

The Company recorded this $880,000 insurance reimbursement as a deferred insurance liability. During the first quarter of 2019, the Company recognized $880,000 as other income and reversed the liability as management's assessment was that any repayment obligation was **deemed remote**. The Company has included this amount in other income in order to ensure comparability of the Company's operating income results for the years ended December 31, 2019 and 2018.

Read in AlphaSense

---

**FND - Floor & Decor Holdings Inc** | **Annual Report** (10K , 25-Feb-21, 140 pages)

Loyalty points are typically awarded at 1%, but may be awarded at up to 3% percent for our higher volume customers, of the relative standalone selling price of the merchandise sold and are recognized at the time of sale as a liability with a corresponding reduction to net sales. Additionally, loyalty breakage is recognized based on our estimate of the balance of loyalty points for which the likelihood of redemption by the customer is **deemed remote**. Judgments and uncertainties involved in the estimate.

Loyalty points are typically awarded at one percent of the relative standalone selling price of the merchandise sold and are recognized at the time of sale as a liability with a corresponding reduction to net sales. Additionally, loyalty breakage is recognized based on the Company's estimate of the balance of loyalty points for which the likelihood of redemption by the customer is **deemed remote**. This estimate is determined with assistance from the third party servicer that manages the loyalty program and is based on the Company's historical redemption trends, market benchmarks for the pattern of redemptions for other retail loyalty programs, and other assumptions related to the likelihood of customer redemptions.

Read in AlphaSense

---

**BPMP - BP Midstream Partners LP** | **Annual Report** (10K , 25-Feb-21, 132 pages)

measurement period specified by the agreements. Deferred revenue under these arrangements is recognized into revenue once it is **deemed remote** that the customer will meet its required annual MVC. If the customer does satisfy its MVC by shipping the deficiency volumes within the same calendar year, it may receive a refund of excess payments.

Read in AlphaSense

---

**HCC - Warrior Met Coal Inc** | **Annual Report** (10K , 24-Feb-21, 130 pages)

Each of these claims were asserted by us in the Walter Canada CCAA proceedings. Walter Energy deemed these receivables to be uncollectible for the year ended December 31, 2015 and we did not assign any value to these receivables in acquisition accounting as collectability was **deemed remote**. In 2019, we received $22.8 million in settlement proceeds for the Shared Services Claim and Hybrid Debt Claim which is reflected as other income in the Statements of Operations.

During the fourth quarter of 2020, we received $1.7 million in settlement proceeds related to other Walter Energy claims. As with the Walter Canada CCAA claims, we did not assign any value to these receivables in acquisition accounting as collectability was **deemed remote**. For the year ended December 31, 2020, we recognized an income tax benefit of $20.1 million or an effective tax rate of 36.0% primarily due to a loss recognized before income taxes and a $4.0 million income tax benefit from the IRC Section 451 Marginal Well Credit.

Each of these claims were asserted by the Company in the Walter Canada CCAA proceedings. Walter Energy deemed these receivables to be uncollectable for the year ended December 31, 2015 and the Company did not assign any value to these receivables in acquisition accounting as collectability was **deemed r emote**. In March 2020, the Company received approximately $1.8 million in settlement proceeds for the Shared Services Claim and

Read in AlphaSense

---

**MGI - MoneyGram International Inc** | **Annual Report** (10K , 22-Feb-21, 107 pages)

Realized gains and losses and other-than-temporary impairments are recorded in the Consolidated Statements of Operations under "Total other expenses." Int erest income on residential mortgage-backed securities for which risk of credit loss is **deemed remote** is recorded utilizing the level yield method. Changes in estimated cash flows, both positive and negative, are accounted for with retrospective changes to the carrying value of investments in order to maintain a level yield over the life of the investment. Interest income on residential mortgage-backed securities for which risk of credit loss is not **deemed remote** is recorded under the prospective method as adjustments of yield. Additionally, the Company applies the cost recovery method of accounting for interest to some of the investments within the available-for-sale portfolio as it believes it is probable that it will not recover all, or substantially all, of its principal investment and interest for its asset-backed and other securities given the sustained deterioration in the investment and securities market, the collapse of many asset-backed securities and the low levels to which the securities have been written down.

Read in AlphaSense

---

**Northern States Power Co - Northern States Power Co** | **Annual Report** (10K , 17-Feb-21, 56 pages)

A final decision by the MPUC is pending. A loss related to this matter is **deemed remote**. Westmoreland Arbitration - In November 2014, insurers for Westmoreland Coal Company filed an arbitration demand against NSP-Minnesota, SMMPA and Western Fuels Association, seeking recovery of alleged business losses due to a turbine failure at Sherco Unit 3.

Read in AlphaSense

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**XEL - Xcel Energy Inc** | **Annual Report** (10K , 17-Feb-21, 100 pages)

A final decision by the MPUC is pending. **A loss related to this matter is *deemed remote*.** Westmoreland Arbitration - In November 2014, insurers for Westmoreland Coal Company filed an arbitration demand against NSP-Minnesota, SMMPA and Western Fuels Association, seeking recovery of alleged business losses due to a turbine failure at Sherco Unit 3.

*Read in AlphaSense*

**CC - The Chemours Co** | **Annual Report** (10K , 12-Feb-21, 90 pages)

For these sites, there may be considerable variability between the clean-up activities that are currently being undertaken or planned and the ultimate actions that could be required. **Therefore, considerable uncertainty exists with respect to environmental remediation costs, and, under adverse changes in circumstances, although *deemed remote*, the potential liability may range up to approximately $580 million above the amount accrued at December 31, 2020.** In general, uncertainty is greatest and the range of potential liability is widest in the Investigation phase, narrowing over time as regulatory agencies approve site remedial plans.

*Read in AlphaSense*

**JEF - Jefferies Financial Group Inc** | **Annual Report** (10K , 29-Jan-21, 154 pages)

Our obligations under such guarantees could exceed the collateral amounts posted. **Our maximum potential liability under these arrangements cannot be quantified; however, the potential for us to be required to make payments under such guarantees is *deemed remote*.** Accordingly, no liability has been recognized for these arrangements.

The Parent Company's obligations under such guarantees could exceed the collateral amounts posted. **The maximum potential liability under these arrangements cannot be quantified; however, the potential for the Parent Company to be required to make payments under such guarantees is *deemed remote*.** Accordingly, no liability has been recognized for these arrangements.

*Read in AlphaSense*

**PLAB - Photronics Inc** | **Annual Report** (10K , 15-Jan-21, 114 pages)

We are awaiting a trial date from the appellate court. **Prior to the Supreme Court decision, our assessment was that the possibility of a fine was *deemed remote*,** based on advice of local counsel and the subsequent judgments in the lower courts having been in our favor. Our estimate of the possible range of loss is $0.03 million to $2.2 million with the most likely amount being $0.03 million (based on the prosecutor's recommendation).

*Read in AlphaSense*

**TRCK - Track Group Inc** | **Annual Report** (10K , 23-Dec-20, 69 pages)

The Company participated in mediation discussions on December 15, 2020 with all parties. **The Company has not accrued any potential loss as the probability of incurring a material loss is *deemed remote* by management, after consultation with outside legal counsel.** -19-

The Company participated in mediation discussions on December 15, 2020 with all parties. **The Company has not accrued any potential loss as the probability of incurring a material loss is *deemed remote* by management, after consultation with outside legal counsel.** Leases

*Read in AlphaSense*

**SNEX - StoneX Group Inc** | **Annual Report** (10K , 14-Dec-20, 275 pages)

If the assessment indicates that a potentially material loss contingency is not probable, but is reasonably possible, or is probable but cannot be estimated, then the nature of the contingent liability, together with an estimate of the range of possible loss if determinable and material, would be disclosed. **Neither accrual nor disclosure is required for loss contingencies that are *deemed remote*.** The Company accrues legal fees related to contingent liabilities as they are incurred.

*Read in AlphaSense*

**ABC - AmerisourceBergen Corp** | **Annual Report** (10K , 19-Nov-20, 98 pages)

ongoing credit evaluations of its customers' financial condition and maintains reserves for probable bad debt losses based upon historical experience and for specific credit problems when they arise. **We write off balances against the reserves when collectability is *deemed remote*.** Each business unit performs formal, documented reviews of the allowance at least quarterly, and our largest business units perform such reviews monthly.

*Read in AlphaSense*

**TGI - Triumph Group Inc** | **Annual Report** (10K , 28-May-20, 283 pages)

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

The Company records the allowance for doubtful accounts based on prior experience and for specific collectibility matters when they arise. The Company writes off balances against the reserve when collectibility is ***deemed remote***. The Company's trade and other receivables are exposed to credit risk; however, the risk is limited due to the diversity of the customer base.

*Read in AlphaSense*

**KLR - Kaleyra Inc** | **Annual Report** (10K , 22-Apr-20, 196 pages)

Contingencies As of December 31, 2019, the Company had contingent liabilities of $132,000, relating to a tax appeal of Solutions Infini for which no provision was recognized as its occurrence was ***deemed remote***. 21. STOCKHOLDERS' EQUITY (DEFICIT)

*Read in AlphaSense*

**HIBB - Hibbett Inc** | **Annual Report** (10K , 16-Apr-20, 100 pages)

In Fiscal 2020 and Fiscal 2019, gift card breakage income was recognized in net sales in proportion to the redemption pattern of rights exercised by the customer and was $0.6 million each year. During Fiscal 2018, income from unredeemed gift cards was recognized on our consolidated statements of operations as a reduction to store operating, selling and administrative expenses when the likelihood of redemption was ***deemed remote***. Gift card breakage was not material in Fiscal 2018.

In Fiscal 2020 and Fiscal 2019, gift card breakage income was recognized in net sales in proportion to the redemption pattern of rights exercised by the customer and was $0.6 million each year. During Fiscal 2018, income from unredeemed gift cards was recognized on our consolidated statements of operations as a reduction to store operating, selling and administrative expenses when the likelihood of redemption was ***deemed remote***. Gift card breakage was not material in Fiscal 2018.

*Read in AlphaSense*

**DKS - Dick's Sporting Goods Inc** | **Annual Report** (10K , 20-Mar-20, 94 pages)

The primary impact to the Company's accounting policies of adopting Topic 606 relates to the timing of revenue recognition for gift card breakage. Gift card breakage prior to adoption was recognized at the point gift card redemption was ***deemed remote***. As a result of the adoption of Topic 606, the Company recognizes gift card breakage over time in proportion to the pattern of rights exercised by the customer.

*Read in AlphaSense*

**CBKCQ - Christopher & Banks Corp** | **Annual Report** (10K , 16-Mar-20, 70 pages)

Gift cards are recorded as a liability when issued and until they are redeemed, at which point a sale is recorded. Unredeemed gift cards ("gift card breakage") is recognized as a reduction of merchandise, buying and occupancy costs when the likelihood of a gift card being redeemed by a customer in the future is ***deemed remote*** and the Company determines that there is no legal obligation to remit the value of the unredeemed gift card to any state or local jurisdiction as unclaimed or abandoned property. The Company utilizes historical redemption patterns in order to estimate the rate and timing of breakage associated with gift cards.

*Read in AlphaSense*

**-- - Jason Industries Inc** | **Amended Annual Report** (10K/A , 04-Mar-20, 120 pages)

In 2016, the Company received notification of certain employment matter claims filed in Brazil related to hiring practices within the Company's industrial segment. As of December 31, 2019, the Company has successfully investigated and defended all filed claims and the potential for future losses is ***deemed remote***. In the opinion of management, the resolution of this contingency did not have a material adverse effect on the Company's financial condition, results of operations, or cash flows.

*Read in AlphaSense*

**COWN - Cowen Inc** | **Annual Report** (10K , 04-Mar-20, 183 pages)

The Company's disclosure includes an estimate of the reasonably possible loss or range of loss for those matters, for which an estimate can be made. Neither a reserve nor disclosure is required for losses that are ***deemed remote***. The Company appropriately reserves for certain matters where, in the opinion of management, the likelihood of liability is probable and the extent of such liability is reasonably estimable.

The Company's disclosure includes an estimate of the reasonably possible loss or range of loss for those matters for which an estimate can be made. Neither reserve nor disclosure is required for losses that are ***deemed remote***. q. Capital withdrawals payable

The Company's disclosure includes an estimate of the reasonably possible loss or range of loss for those matters, for which an estimate can be made. Neither a reserve nor disclosure is required for losses that are ***deemed remote***. The Company appropriately reserves for certain matters where, in the opinion of management, the likelihood of liability is probable and the extent of such liability is reasonably estimable.

*Read in AlphaSense*

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**-- - Jason Industries Inc** | **Annual Report** (10K , 02-Mar-20, 175 pages)

In 2016, the Company received notification of certain employment matter claims filed in Brazil related to hiring practices within the Company's industrial segment. As of December 31, 2019, the Company has successfully investigated and defended all filed claims and the potential for future losses is ***deemed remote***. In the opinion of management, the resolution of this contingency did not have a material adverse effect on the Company's financial condition, results of operations, or cash flows.

*Read in AlphaSense*

**MGI - MoneyGram International Inc** | **Annual Report** (10K , 28-Feb-20, 104 pages)

Realized gains and losses and other-than-temporary impairments are recorded in the Consolidated Statements of Operations under "Total other expenses." Interest income on residential mortgage-backed securities for which risk of credit loss is ***deemed remote*** is recorded utilizing the level yield method. Changes in estimated cash flows, both positive and negative, are accounted for with retrospective changes to the carrying value of investments in order to maintain a level yield over the life of the investment. Interest income on residential mortgage-backed securities for which risk of credit loss is not ***deemed remote*** is recorded under the prospective method as adjustments of yield. Additionally, the Company applies the cost recovery method of accounting for interest to some of the investments within the available-for-sale portfolio as it believes it is probable that it will not recover all, or substantially all, of its

*Read in AlphaSense*

**ZYXI - Zynex Inc** | **Annual Report** (10K , 27-Feb-20, 42 pages)

The Company recorded this $880,000 insurance reimbursement as a deferred insurance liability. During the first quarter of 2019, the Company recognized $880,000 as other income and reversed the liability as management's assessment was that any repayment obligation was ***deemed remote***. The Company has included this amount in other income in order to ensure comparability of the Company's operating income results for the years ended December 31, 2019 and 2018.

*Read in AlphaSense*

**BPMP - BP Midstream Partners LP** | **Annual Report** (10K , 27-Feb-20, 238 pages)

Billings to BP Products for deficiency volumes under its minimum volume commitments, if any, are recorded as deferred revenue and credits, a contract liability, on our consolidated balance sheets, as BP Products has the right to make up the deficiency volumes within the measurement period specified by the agreements. Deferred revenue under these arrangements is recognized into revenue once it is ***deemed remote*** that the customer will meet its required annual minimum volume commitments. If the customer does satisfy its minimum volume commitment by shipping the deficiency volumes within the same calendar year, it may receive a refund of excess payments.

*Read in AlphaSense*

**C - Citigroup Inc** | **Annual Report** (10K , 21-Feb-20, 792 pages)

Commercial commitments generally have floating interest rates and fixed expiration dates and may require payment of fees. Such fees (net of certain direct costs) are deferred and, upon exercise of the commitment, amortized over the life of the loan or, if exercise is ***deemed remote***, amortized over the commitment period. Commercial and Similar Letters of Credit

ASC 450 does not require disclosure of an estimate of the reasonably possible loss or range of loss where an estimate cannot be made. Neither accrual nor disclosure is required for losses that are ***deemed remote***. Litigation, Regulatory and Other Contingencies

*Read in AlphaSense*

**QSP.UN.CA - Restaurant Brands International LP** | **Annual Report** (10K , 21-Feb-20, 127 pages)

Under ASC 606, we recognize gift card breakage income proportionately as each gift card is redeemed using an estimated breakage rate based on our historical experience. Under the Previous Standards, we recognized gift card breakage income for each gift card's remaining balance when redemption of that balance was ***deemed remote***. Property revenues

Gift Card Breakage The adjustment for gift card breakage reflects the impact of the change to recognize gift card breakage proportionately as gift card balances are used rather than when it is ***deemed remote*** that the unused gift card balance would be redeemed, as done under the Previous Standards. The cumulative effect of applying ASC 606 accounting to gift card balances outstanding at January 1, 2018 is reflected as a $43 million decrease in Gift card liability, a $9 million increase in Other accrued liabilities, a $9 million increase in Deferred income taxes, net and a $25 million increase in January 1, 2018 Partners' capital.

*Read in AlphaSense*

**QSR - Restaurant Brands International Inc** | **Annual Report** (10K , 21-Feb-20, 172 pages)

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

Under ASC 606, we recognize gift card breakage income proportionately as each gift card is redeemed using an estimated breakage rate based on our historical experience. Under the Previous Standards, we recognized gift card breakage income for each gift card's remaining balance when redemption of that balance was **deemed remote**. Property revenues

Gift Card Breakage The adjustment for gift card breakage reflects the impact of the change to recognize gift card breakage proportionately as gift card balances are used rather than when it is **deemed remote** that the unused gift card balance would be redeemed, as done under the Previous Standards. The cumulative effect of applying ASC 606 accounting to gift card balances outstanding at January 1, 2018 is reflected as a $43 million decrease in Gift card liability, a $9 million increase in Other accrued liabilities, a $9 million increase in Deferred income taxes, net and a $25 million increase in January 1, 2018 Shareholders' equity.

Read in AlphaSense

### FND - Floor & Decor Holdings Inc | **Annual Report** (10K , 20-Feb-20, 109 pages)

Loyalty points are typically awarded at one percent of the relative standalone selling price of the merchandise sold and are recognized at the time of sale as a liability with a corresponding reduction to net sales. Additionally, loyalty breakage is recognized based on our estimate of the balance of loyalty points for which the likelihood of redemption by the customer is **deemed remote**. Judgments and uncertainties involved in the estimate.

Loyalty points are typically awarded at one percent of the relative standalone selling price of the merchandise sold and are recognized at the time of sale as a liability with a corresponding reduction to net sales. Additionally, loyalty breakage is recognized based on the Company's estimate of the balance of loyalty points for which the likelihood of redemption by the customer is **deemed remote**. This estimate is determined with assistance from the third party servicer that manages the loyalty program and is based on the Company's historical redemption trends, market benchmarks for the pattern of redemptions for other retail loyalty programs, and other assumptions related to the likelihood of customer redemptions.

Read in AlphaSense

### HCC - Warrior Met Coal Inc | **Annual Report** (10K , 19-Feb-20, 162 pages)

Each of these claims were asserted by us in the Walter Canada CCAA proceedings. Walter Energy deemed these receivables to be uncollectable for the year ended December 31, 2015 and we did not assign any value to these receivables in acquisition accounting as collectability was **deemed remote**. In 2019, we received $22.8 million in settlement proceeds for the Shared Services Claim and Hybrid Debt Claim which is reflected as other income in the Statements of Operations.

Each of these claims were asserted by the Company in the Walter Canada CCAA proceedings. Walter Energy deemed these receivables to be uncollectable for the year ended December 31, 2015 and the Company did not assign any value to these receivables in acquisition accounting as collectability was **deemed r emote**. In May and August 2019, the Company received approximately $17.5 million and $5.3 million , respectively, in settlement proceeds for the Shared Services Claim and Hybrid Debt Claim which is reflected as other income in the Statements of Operations.

Read in AlphaSense

### CC - The Chemours Co | **Annual Report** (10K , 14-Feb-20, 157 pages)

For these sites, there may be considerable variability between the clean-up activities that are currently being undertaken or planned and the ultimate actions that could be required. Therefore, considerable uncertainty exists with respect to environmental remediation costs, and, under adverse changes in circumstances, although **deemed remote**, the potential liability may range up to approximately $530 million above the amount accrued at December 31, 2019. In general, uncertainty is greatest and the range of potential liability is widest in the Investigation phase, narrowing over time as regulatory agencies approve site remedial plans.

For these sites in particular, there may be considerable variability between the clean-up activities that are currently being undertaken or planned and the ultimate actions that could be required. Therefore, considerable uncertainty exists with respect to environmental remediation costs and, under adverse changes in circumstances, although **deemed remote**, the potential liability may range up to approximately $ 530 above the amount accrued at December 31, 2019. For the years ended December 31, 2019, 2018, and 2017, Chemours incurred environmental remediation expenses of $200, $101, and $48, respectively.

Read in AlphaSense

### JEF - Jefferies Financial Group Inc | **Annual Report** (10K , 29-Jan-20, 233 pages)

Our obligations under such guarantees could exceed the collateral amounts posted. Our maximum potential liability under these arrangements cannot be quantified; however, the potential for us to be required to make payments under such guarantees is **deemed remote**. Accordingly, no liability has been recognized for these arrangements.

Read in AlphaSense

### JEF - Jefferies Financial Group Inc | **Annual Report** (10K , 29-Jan-20, 180 pages)

Our obligations under such guarantees could exceed the collateral amounts posted. Our maximum potential liability under these arrangements cannot be quantified; however, the potential for us to be required to make payments under such guarantees is **deemed remote**. Accordingly, no liability has been recognized for these arrangements.

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

The Parent Company's obligations under such guarantees could exceed the collateral amounts posted. The maximum potential liability under these arrangements cannot be quantified; however, the potential for the Parent Company to be required to make payments under such guarantees is *deemed remote*. Accordingly, no liability has been recognized for these arrangements.

Read in AlphaSense

**SNEX - StoneX Group Inc** | **Annual Report** (10K , 12-Dec-19, 154 pages)

If the assessment indicates that a potentially material loss contingency is not probable, but is reasonably possible, or is probable but cannot be estimated, then the nature of the contingent liability, together with an estimate of the range of possible loss if determinable and material, would be disclosed. Neither accrual nor disclosure is required for loss contingencies that are *deemed remote*. The Company accrues legal fees related to contingent liabilities as they are incurred.

Read in AlphaSense

**LUB - Luby's Inc** | **Annual Report** (10K , 26-Nov-19, 94 pages)

Additionally, ASC 606 requires gift card breakage to be recognized as revenue in proportion to the pattern of gift card redemptions exercised by our customers. Historically, we recorded breakage income within other (expense) income (and not within revenue) when it was *deemed remote* that the unused gift card balance will be redeemed. Upon adoption of ASC 606 we changed our reporting of marketing and advertising fund ("MAF") contributions from franchisees and the related marketing and advertising expenditures.

Under ASC 606 we recognize gift card breakage revenue in proportion to the pattern of gift card redemptions exercised by our customers, using an estimated breakage rate based on our historical experience. Under the Previous Standards, we recognized gift card breakage income within other (expense) income (and not within revenue) when it was *deemed remote* that the unused gift card balance would be redeemed. Culinary contract services revenue

Read in AlphaSense

**ABC - AmerisourceBergen Corp** | **Annual Report** (10K , 19-Nov-19, 97 pages)

Each of our business units performs ongoing credit evaluations of its customers' financial condition and maintains reserves for probable bad debt losses based upon historical experience and for specific credit problems when they arise. We write off balances against the reserves when collectability is *deemed remote*. Each business unit performs formal, documented reviews of the allowance at least quarterly, and our largest business units perform such reviews monthly.

Read in AlphaSense

**EAT - Brinker International Inc** | **Annual Report** (10K , 22-Aug-19, 118 pages)

(2) Gift card liability is adjusted for the ASC 606 adoption impact of the change to recognize gift card breakage proportionate to the pattern of related gift card redemption. Under Legacy GAAP, gift card breakage was recognized when the likelihood of redemption was *deemed remote*. The cumulative effect of applying ASC 606 accounting to gift card balances outstanding at June 28, 2018 resulted in an $8.2 million decrease in Gift card liability due to the change in timing of recognition between ASC 606 and Legacy GAAP, and a corresponding $2.0 million decrease in Deferred income taxes, net , and a $6.2 million decrease in Shareholders' deficit .

Read in AlphaSense

**TGI - Triumph Group Inc** | **Annual Report** (10K , 23-May-19, 180 pages)

The Company records the allowance for doubtful accounts based on prior experience and for specific collectibility matters when they arise. The Company writes off balances against the reserve when collectibility is *deemed remote*. The Company's trade and other receivables are exposed to credit risk; however, the risk is limited due to the diversity of the customer base.

Read in AlphaSense

**MDXL - MediXall Group Inc** | **Annual Report** (10K , 16-May-19, 52 pages)

Management is also exploring possible counterclaims against the plaintiffs. The Company's legal counsel has opined that an unfavorable outcome of this case is *deemed remote* and any possible loss is deemed immaterial. No accrual has been reflected on the consolidated financial statements regarding this matter.

Management is also exploring possible counterclaims against the plaintiffs. The Company's legal counsel has opined that an unfavorable outcome of this case is *deemed remote* and any possible loss is deemed immaterial. No accrual has been reflected on the consolidated financial statements regarding this matter.

Read in AlphaSense

**HIBB - Hibbett Inc** | **Annual Report** (10K , 18-Apr-19, 74 pages)

In Fiscal 2019, gift card breakage income was recognized in net sales in proportion to the redemption pattern of rights exercised by the customer and was $0.6 million. During Fiscal 2018 and Fiscal 2017, income from unredeemed gift cards was recognized on our consolidated statements of operations as a reduction to

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

store operating, selling and administrative expenses when the likelihood of redemption was ***deemed remote***. Gift card breakage was not material in Fiscal 2018 or Fiscal 2017.

In Fiscal 2019, gift card breakage income was recognized in net sales in proportion to the redemption pattern of rights exercised by the customer and was $0.6 million. During Fiscal 2018 and Fiscal 2017, income from unredeemed gift cards was recognized on our consolidated statements of operations as a reduction to store operating, selling and administrative expenses when the likelihood of redemption was ***deemed remote***. Gift card breakage was not material in Fiscal 2018 or Fiscal 2017.

Read in AlphaSense

### BBW - Build-A-Bear Workshop Inc | **Annual Report** (10K , 18-Apr-19, 72 pages)

The Company's most significant Topic 606 impact relates to accounting for gift card breakage. **The Company's adjustment for gift card breakage reflects the impact of the change to recognize gift card breakage proportionately as gift card balances are used rather than when it is *deemed remote* that the unused gift card balance would be redeemed, as done for certain categories of gift cards under the previous standards.** In addition, the Company has identified minor changes to the timing of revenues for certain outbound licensing arrangements and international franchise agreements.

Read in AlphaSense

### NRBT - Novus Robotics Inc | **Annual Report** (10K , 12-Apr-19, 55 pages)

D&R Technology failed to comply with Section 5 of the Securities Act of 1933 regarding registration of its common shares issued to shareholders of D Mecatronics in connection with its spin-off of D&R Technology in 2011. **In management's opinion, any legal liability with this failure to comply has been *deemed remote*.** Subsequent Events

Read in AlphaSense

### GCO - Genesco Inc | **Annual Report** (10K , 03-Apr-19, 134 pages)

The primary impact of adopting Topic 606 relates to the timing of revenue recognition for gift card breakage and the timing of recognizing expense for direct-mail advertising costs. **Gift card breakage prior to adoption was recognized at the point gift card redemption was *deemed remote*.** Upon adoption, the Company now recognizes gift card breakage over time in proportion to the pattern of rights exercised by the customer.

Read in AlphaSense

### DKS - Dick's Sporting Goods Inc | **Annual Report** (10K , 29-Mar-19, 78 pages)

The primary impact to the Company's accounting policies of adopting Topic 606 relates to the timing of revenue recognition for gift card breakage. **Gift card breakage prior to adoption was recognized at the point gift card redemption was *deemed remote*.** As a result of the adoption of Topic 606, the Company now recognizes gift card breakage over time in proportion to the pattern of rights exercised by the customer.

Read in AlphaSense

### RLLY - ARC Group Inc | **Annual Report** (10K , 29-Mar-19, 128 pages)

Additionally, ASC 606 impacted the accounting for transactions related to our gift card program. **Under previous guidance, estimated breakage income on gift cards was deferred until it was *deemed remote* that the unused gift card balance would be redeemed.** Under ASC 606, breakage income on gift cards is recognized as gift cards are utilized.

Additionally, ASC 606 impacted the accounting for transactions related to the Company's gift card program. **Under previous guidance, estimated breakage income on gift cards was deferred until it was *deemed remote* that the unused gift card balance would be redeemed.** Under ASC 606, breakage income on gift cards is recognized as gift cards are utilized.

Read in AlphaSense

### DBI - Designer Brands Inc | **Annual Report** (10K , 26-Mar-19, 105 pages)

The adoption of ASU 2014-09 had the following impacts: * **Income from the breakage of gift cards is classified within net sales and recognized proportionately over the expected redemption period, which was previously recognized as a reduction to operating expenses when the redemption of the gift card was *deemed remote*.** * The loyalty program is being treated as deferred revenue, which was previously treated using the incremental cost method and recognized to cost of sales.

Read in AlphaSense

### CBKCQ - Christopher & Banks Corp | **Annual Report** (10K , 18-Mar-19, 72 pages)

Gift cards are recorded as a liability when issued and until they are redeemed, at which point a sale is recorded. **Unredeemed gift cards ("gift card breakage") is recognized as a reduction of merchandise, buying and occupancy costs when the likelihood of a gift card being redeemed by a customer in the future is**

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

***deemed remote*** and the Company determines that there is no legal obligation to remit the value of the unredeemed gift card to any state or local jurisdiction as unclaimed or abandoned property. The Company utilizes historical redemption patterns in order to estimate the rate and timing of breakage associated with gift cards.

Read in AlphaSense

**COWN - Cowen Inc | Annual Report** (10K , 07-Mar-19, 150 pages)

The Company's disclosure includes an estimate of the reasonably possible loss or range of loss for those matters, for which an estimate can be made. **Neither a reserve nor disclosure is required for losses that are *deemed remote*.** The Company appropriately reserves for certain matters where, in the opinion of management, the likelihood of liability is probable and the extent of such liability is reasonably estimable.

The Company's disclosure includes an estimate of the reasonably possible loss or range of loss for those matters, for which an estimate can be made. **Neither reserve nor disclosure is required for losses that are *deemed remote*.** p. Capital withdrawals payable

The Company's disclosure includes an estimate of the reasonably possible loss or range of loss for those matters, for which an estimate can be made. **Neither a reserve nor disclosure is required for losses that are *deemed remote*.** The Company appropriately reserves for certain matters where, in the opinion of management, the likelihood of liability is probable and the extent of such liability is reasonably estimable.

Read in AlphaSense

**MGI - MoneyGram International Inc | Annual Report** (10K , 06-Mar-19, 140 pages)

Realized gains and losses and other-than-temporary impairments are recorded in the Consolidated Statements of Operations under "Total other expenses." **Interest income on residential mortgage-backed securities for which risk of credit loss is *deemed remote* is recorded utilizing the level yield method.** Changes in estimated cash flows, both positive and negative, are accounted for with retrospective changes to the carrying value of investments in order to maintain a level yield over the life of the investment. **Interest income on residential mortgage-backed securities for which risk of credit loss is not *deemed remote* is recorded under the prospective method as adjustments of yield.** Additionally, the Company applies the cost recovery method of accounting for interest to some of the investments within the available-for-sale portfolio as it believes it is probable that we will not recover all, or substantially all, of its principal investment and interest for its asset-backed and other securities given the sustained deterioration in the investment and securities market, the collapse of many asset-backed securities and the low levels to which the securities have been written down.

Read in AlphaSense

**BPMP - BP Midstream Partners LP | Annual Report** (10K , 28-Feb-19, 175 pages)

Billings to BP Products for deficiency volumes under its minimum volume commitments, if any, are recorded as deferred revenue and credits, a contract liability, on our consolidated balance sheets, as BP Products has the right to make up the deficiency volumes within the measurement period specified by the agreements. **Deferred revenue under these arrangements was previously recognized into revenue once it was *deemed remote* that the customer would meet its required annual minimum volume commitments.** Under the new revenue standard, we are required to estimate the likelihood that unused volumes will be shipped or forfeited at each reporting period based on additional data that becomes available but only to the extent that a significant reversal of any incremental revenue will not occur.

Read in AlphaSense

**ZYXI - Zynex Inc | Annual Report** (10K , 26-Feb-19, 56 pages)

However, the Company is disputing the refund request and has initiated an internal review of the reimbursement to determine that the original sales arrangement was properly executed, the products had been delivered, the price of the products and the reimbursement rate is determinable, and the Company's ultimate claim to the reimbursement is reasonably assured. **The Company will record the appropriate amount as net revenue when such internal review is complete and any refund obligation is *deemed remote*.** Future changes in coverage and reimbursement policies for our products or reductions in reimbursement rates for our products by third party payors could adversely affect our business and results of operations.

However, the Company is disputing the refund request and has initiated an internal review of the reimbursement to determine that the original sales arrangement was properly executed, the products had been delivered, the price of the products and the reimbursement rate is determinable, and the Company's ultimate claim to the reimbursement is reasonably assured. **The Company will record the appropriate amount as net revenue when such internal review is complete and any refund obligation is *deemed remote*.** (10) PRIVATE PLACEMENT MEMORANDUM

Read in AlphaSense

**WASH - Washington Trust Bancorp | Annual Report** (10K , 26-Feb-19, 154 pages)

One of the two earn-out periods associated with this contingent consideration liability ended December 31, 2017 and a payment of $1.2 million was made by the Corporation in the first quarter of 2018. **The likelihood of payout on the remaining earn-out period has been *deemed remote*.** As a result, a change in fair value of $187 thousand was recorded as a reduction to other expenses in 2018 and the current carrying value of the contingent consideration liability was reduced to zero.

Read in AlphaSense

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**QSP.UN.CA - Restaurant Brands International LP** | **Annual Report** (10K , 22-Feb-19, 119 pages)

Under ASC 606, we recognize gift card breakage income proportionately as each gift card is redeemed using an estimated breakage rate based on our historical experience. Under previously applicable accounting standards, we recognized gift card breakage income for each gift card's remaining balance when redemption of that balance was ***deemed remote***. This change impacts the timing of when gift card breakage income is recognized.

Under ASC 606, we recognize gift card breakage income proportionately as each gift card is redeemed using an estimated breakage rate based on our historical experience. Under the Previous Standards, we recognized gift card breakage income for each gift card's remaining balance when redemption of that balance was ***deemed remote***. Property revenues

Gift Card Breakage The adjustment for gift card breakage reflects the impact of the change to recognize gift card breakage proportionately as gift card balances are used rather than when it is ***deemed remote*** that the unused gift card balance would be redeemed, as done under the Previous Standards. The cumulative effect of applying ASC 606 accounting to gift card balances outstanding at January 1, 2018 is reflected as a $43 million decrease in Gift card liability, a $9 million increase in Other accrued liabilities, a $9 million increase in Deferred income taxes, net and a $25 million increase in January 1, 2018 Partners' capital.

Read in AlphaSense

**C - Citigroup Inc** | **Annual Report** (10K , 22-Feb-19, 659 pages)

Commercial commitments generally have floating interest rates and fixed expiration dates and may require payment of fees. Such fees (net of certain direct costs) are deferred and, upon exercise of the commitment, amortized over the life of the loan or, if exercise is ***deemed remote***, amortized over the commitment period. Commercial and Similar Letters of Credit

ASC 450 does not require disclosure of an estimate of the reasonably possible loss or range of loss where an estimate cannot be made. Neither accrual nor disclosure is required for losses that are ***deemed remote***. Litigation and Regulatory Contingencies

Read in AlphaSense

**QSR - Restaurant Brands International Inc** | **Annual Report** (10K , 22-Feb-19, 132 pages)

Under ASC 606, we recognize gift card breakage income proportionately as each gift card is redeemed using an estimated breakage rate based on our historical experience. Under previously applicable accounting standards, we recognized gift card breakage income for each gift card's remaining balance when redemption of that balance was ***deemed remote***. This change impacts the timing of when gift card breakage income is recognized.

Under ASC 606, we recognize gift card breakage income proportionately as each gift card is redeemed using an estimated breakage rate based on our historical experience. Under the Previous Standards, we recognized gift card breakage income for each gift card's remaining balance when redemption of that balance was ***deemed remote***. Property revenues

Gift Card Breakage The adjustment for gift card breakage reflects the impact of the change to recognize gift card breakage proportionately as gift card balances are used rather than when it is ***deemed remote*** that the unused gift card balance would be redeemed, as done under the Previous Standards. The cumulative effect of applying ASC 606 accounting to gift card balances outstanding at January 1, 2018 is reflected as a $43 million decrease in Gift card liability, a $9 million increase in Other accrued liabilities, a $9 million increase in Deferred income taxes, net and a $25 million increase in January 1, 2018 Shareholders' equity.

Read in AlphaSense

**CC - The Chemours Co** | **Annual Report** (10K , 15-Feb-19, 163 pages)

For these sites in particular, there may be considerable variability between the clean-up activities that are currently being undertaken or planned and the ultimate actions that could be required. Therefore, considerable uncertainty exists with respect to environmental remediation costs, and, under adverse changes in circumstances, although ***deemed remote***, the potential liability may range up to approximately $450 million above the amount accrued at December 31, 2018. In general, uncertainty is greatest and the range of potential liability is widest in the Investigation phase, narrowing over time as regulatory agencies approve site remedial plans.

For these sites in particular, there may be considerable variability between the clean-up activities that are currently being undertaken or planned and the ultimate actions that could be required. Therefore, considerable uncertainty exists with respect to environmental remediation costs and, under adverse changes in circumstances, although ***deemed remote***, the potential liability may range up to approximately $450 above the amount accrued at December 31, 2018. For the years ended December 31, 2018, 2017, and 2016, Chemours incurred environmental remediation expenses of $36, $48, and $44, respectively.

Read in AlphaSense

**JEF - Jefferies Finanical Group Inc** | **Annual Report** (10K , 29-Jan-19, 201 pages)

Our obligations under such guarantees could exceed the collateral amounts posted. Our maximum potential liability under these arrangements cannot be

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

quantified; however, the potential for us to be required to make payments under such guarantees is ***deemed remote***. Accordingly, no liability has been recognized for these arrangements.

The Parent Company's obligations under such guarantees could exceed the collateral amounts posted. The maximum potential liability under these arrangements cannot be quantified; however, the potential for the Parent Company to be required to make payments under such guarantees is ***deemed remote***. Accordingly, no liability has been recognized for these arrangements.

Read in AlphaSense

**SNEX - StoneX Group Inc** | **Annual Report** (10K , 12-Dec-18, 182 pages)

If the assessment indicates that a potentially material loss contingency is not probable, but is reasonably possible, or is probable but cannot be estimated, then the nature of the contingent liability, together with an estimate of the range of possible loss if determinable and material, would be disclosed. Neither accrual nor disclosure is required for loss contingencies that are ***deemed remote***. The Company accrues legal fees related to contingent liabilities as they are incurred.

Read in AlphaSense

**LUB - Luby's Inc** | **Amended Annual Report** (10K/A , 30-Nov-18, 100 pages)

Additionally, ASC 606 requires gift card breakage to be recognized as revenue in proportion to the pattern of gift card redemptions exercised by our customers. Currently, we record breakage income within other (expense) income (and not within revenue) when it is ***deemed remote*** that the unused gift card balance will be redeemed. We do not expect this change to have a material impact on our Company owned store revenues.

Read in AlphaSense

**ABC - AmerisourceBergen Corp** | **Annual Report** (10K , 20-Nov-18, 119 pages)

Each of our business units performs ongoing credit evaluations of its customers' financial condition and maintains reserves for probable bad debt losses based upon historical experience and for specific credit problems when they arise. We write off balances against the reserves when collectability is ***deemed remote***. Each business unit performs formal, documented reviews of the allowance at least quarterly, and our largest business units perform such reviews monthly.

Read in AlphaSense

**LUB - Luby's Inc** | **Annual Report** (10K , 16-Nov-18, 99 pages)

Additionally, ASC 606 requires gift card breakage to be recognized as revenue in proportion to the pattern of gift card redemptions exercised by our customers. Currently, we record breakage income within other (expense) income (and not within revenue) when it is ***deemed remote*** that the unused gift card balance will be redeemed. We do not expect this change to have a material impact on our Company owned store revenues.

Read in AlphaSense

**TGI - Triumph Group Inc** | **Annual Report** (10K , 23-May-18, 121 pages)

The Company records the allowance for doubtful accounts based on prior experience and for specific collectibility matters when they arise. The Company writes off balances against the reserve when collectibility is ***deemed remote***. The Company's trade and other receivables are exposed to credit risk; however, the risk is limited due to the diversity of the customer base.

Read in AlphaSense

**M - Macy's Inc** | **Annual Report** (10K , 04-Apr-18, 161 pages)

At least three years of historical data, updated annually, is used to determine actual redemption patterns. Breakage income for certain non-purchased, non-expiring gift cards is recognized when the likelihood of redemption is ***deemed remote***. The Company records breakage income as a reduction of SG&A expenses.

Read in AlphaSense

**LOW - Lowe's Companies Inc** | **Annual Report** (10K , 02-Apr-18, 82 pages)

Therefore, to determine when redemption is remote, the Company analyzes an aging of the unredeemed cards based on the date of last stored-value card use. The amount of revenue recognized from unredeemed stored-value cards for which redemption was ***deemed remote*** was not significant for 2017, 2016, and 2015. Extended Protection Plans - The Company sells separately-priced extended protection plan contracts under a Lowe's-branded program for which the Company is ultimately self-insured.

Read in AlphaSense

**NRBT - Novus Robotics Inc** | **Annual Report** (10K , 02-Apr-18, 59 pages)

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

D&R Technology failed to comply with Section 5 of the Securities Act of 1933 regarding registration of its common shares issued to shareholders of D Mecatronics in connection with its spin-off of D&R Technology in 2011. In management's opinion, any legal liability with this failure to comply has been **deemed remote**. 43

Read in AlphaSense

### BBY - Best Buy Co Inc | **Annual Report** (10K , 02-Apr-18, 111 pages)

We recognize revenue from gift cards when the card is redeemed by the customer. For unredeemed gift cards, we recognize breakage when the likelihood of the gift card being redeemed by the customer is **deemed remote**, and we determine that we do not have a legal obligation to remit the value of the unredeemed gift cards to a relevant jurisdiction. We determine the breakage rate based on historical redemption patterns and record projected breakage 24 months after card issuance.

We recognize revenue from gift cards when the card is redeemed by the customer. For unredeemed gift cards, we recognize breakage when the likelihood of the gift card being redeemed by the customer is **deemed remote**, and we determine that we do not have a legal obligation to remit the value of the unredeemed gift cards to a relevant jurisdiction ("gift card breakage"). We determine the breakage rate based on historical redemption patterns and record projected breakage 24 months after the gift card is issued.

Read in AlphaSense

### MDXL - MediXall Group Inc | **Amended Annual Report** (10K/A , 30-Mar-18, 49 pages)

Management is also exploring possible counterclaims against the plaintiffs. The Company's legal counsel has opined that an unfavorable outcome of this case is **deemed remote** and any possible loss is deemed immaterial. No adjustment has been reflected on the financial statements regarding this matter.

Read in AlphaSense

### HIBB - Hibbett Inc | **Annual Report** (10K , 30-Mar-18, 65 pages)

The adoption of ASU 2014-09 will result in newly designed processes and internal controls related to: · gift card breakage which will be recognized in proportion to the customer redemption pattern as opposed to when redemption of the gift card is **deemed remote**; · the stand-alone benefit received by customers through the Hibbett Rewards customer loyalty program recorded as a separate performance obligation; and

Read in AlphaSense

### DKS - Dick's Sporting Goods Inc | **Annual Report** (10K , 30-Mar-18, 80 pages)

The primary impact resulting from the adoption of these ASU's relates to the timing of revenue recognition for gift card breakage. Gift card breakage prior to adoption is recognized at the point gift card redemption is **deemed remote**. Upon adoption, the Company will recognize gift card breakage in proportion to the pattern of rights exercised by the customer.

Read in AlphaSense

### RLLY - ARC Group Inc | **Annual Report** (10K , 30-Mar-18, 119 pages)

Additionally, we determined that the new revenue guidance will impact the accounting for transactions related to our gift card program. Estimated breakage income on gift cards will be recognized as gift cards are utilized instead of our current policy of deferring the breakage income until it is **deemed remote** that the unused gift card balance will be redeemed. We determined that this change will not have a material impact on our consolidated financial statements.

Additionally, the Company determined that the new revenue guidance will impact the accounting for transactions related to the Company's gift card program. Estimated breakage income on gift cards will be recognized as gift cards are utilized instead of the Company's current policy of deferring the breakage income until it is **deemed remote** that the unused gift card balance will be redeemed. The Company determined that this change will not have a material impact on its consolidated financial statements.

Read in AlphaSense

### DBI - Designer Brands Inc | **Annual Report** (10K , 23-Mar-18, 70 pages)

The adoption of the new standard results in changes in classification between net sales, other revenues, cost of sales, and operating expenses. For income from breakage of gift cards, which is currently recognized as a reduction to operating expenses when the redemption of the gift card is **deemed remote**, the new standard requires classification within net sales recognized proportionately over the expected redemption period. Also upon adoption of the standard, we will no longer use the incremental cost method and record to cost of sales for our loyalty program, rather we will use a deferred revenue model.

Read in AlphaSense

### MGI - MoneyGram International Inc | **Annual Report** (10K , 16-Mar-18, 120 pages)

Realized gains and losses and other-than-temporary impairments are recorded in the Consolidated Statements of Operations under "Net securities gains." Inter

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

est income on residential mortgage-backed securities for which risk of credit loss is *deemed remote* is recorded utilizing the level yield method. Changes in estimated cash flows, both positive and negative, are accounted for with retrospective changes to the carrying value of investments in order to maintain a level yield over the life of the investment. Interest income on residential mortgage-backed securities for which risk of credit loss is not *deemed remote* is recorded under the prospective method as adjustments of yield. The Company applies the cost recovery method of accounting for interest to some of the investments within the available-for-sale portfolio.

Read in AlphaSense

**-- - MMA Capital Holdings Inc | Annual Report** (10K , 16-Mar-18, 142 pages)

At December 31, 2017, the Company did not have any loans for which it elected FVO while, at December 31, 2016, the Company had one HFI loan, which had a UPB of $10.0 million and a fair value of $3.8 million, for which it elected the FVO so as to minimize certain operational challenges associated with accounting for this loan. During the third quarter of 2017, the Company charged off a subordinate loan receivable from a residential solar provider that filed for bankruptcy protection on March 13, 2017 that had a UPB of $11.5 million and no carrying value on the basis that further collection of this receivable was *deemed remote*. At December 31, 2017 and 2016, of the remaining HFI loans, impaired loans had a UPB of $6.4 million and were not accruing interest.

Read in AlphaSense

**CBKCQ - Christopher & Banks Corp | Annual Report** (10K , 09-Mar-18, 78 pages)

Gift cards are recorded as a liability when issued and until they are redeemed, at which point a sale is recorded. Unredeemed gift cards ("gift card breakage") is recognized as a reduction of merchandise, buying and occupancy costs when the likelihood of a gift card being redeemed by a customer in the future is *deemed remote* and the Company determines that there is no legal obligation to remit the value of the unredeemed gift card to any state or local jurisdiction as unclaimed or abandoned property. The Company utilizes historical redemption patterns in order to estimate the rate and timing of breakage associated with gift cards.

Read in AlphaSense

**COWN - Cowen Inc | Annual Report** (10K , 06-Mar-18, 157 pages)

The Company's disclosure includes an estimate of the reasonably possible loss or range of loss for those matters, for which an estimate can be made. Neither a reserve nor disclosure is required for losses that are *deemed remote*. The Company appropriately reserves for certain matters where, in the opinion of management, the likelihood of liability is probable and the extent of such liability is reasonably estimable.

The Company's disclosure includes an estimate of the reasonably possible loss or range of loss for those matters, for which an estimate can be made. Neither reserve nor disclosure is required for losses that are *deemed remote*. p. Capital withdrawals payable

The Company's disclosure includes an estimate of the reasonably possible loss or range of loss for those matters, for which an estimate can be made. Neither a reserve nor disclosure is required for losses that are *deemed remote*. The Company appropriately reserves for certain matters where, in the opinion of management, the likelihood of liability is probable and the extent of such liability is reasonably estimable.

Read in AlphaSense

**MDXL - MediXall Group Inc | Annual Report** (10K , 01-Mar-18, 48 pages)

Management is also exploring possible counterclaims against the plaintiffs. The Company's legal counsel has opined that an unfavorable outcome of this case is *deemed remote* and any possible loss is deemed immaterial. No adjustment has been reflected on the financial statements regarding this matter.

Read in AlphaSense

**JEF - Jefferies Financial Group Inc | Annual Report** (10K , 27-Feb-18, 163 pages)

Jefferies obligations under such guarantees could exceed the collateral amounts posted. Jefferies maximum potential liability under these arrangements cannot be quantified; however, the potential for Jefferies to be required to make payments under such guarantees is *deemed remote*. Accordingly, no liability has been recognized for these arrangements.

Read in AlphaSense

**VBIV - VBI Vaccines Inc | Annual Report** (10K , 26-Feb-18, 147 pages)

The Transfer Payment related to the achievement of the first milestone, which occurred during the three months ended June 30, 2015. The Transfer Payment was not recognized as a liability in the Company's prior financial statements because the probability of payment had previously been *deemed remote*. The Company is committed to make further contingent payments pursuant to defined milestones in the SPA depending on whether there continue to exist any issued and valid claims on the acquired patents.

Read in AlphaSense

**QSR - Restaurant Brands International Inc | Annual Report** (10K , 23-Feb-18, 104 pages)

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

Under the new guidance, advertising fund contributions from franchisees and advertising fund expenditures will be reported on a gross basis in our statements of operations and the related advertising fund revenues and expenses may be reported in different periods. Additionally, estimated breakage income on gift cards will be recognized as gift cards are utilized instead of our current policy of deferring the breakage income until it is *deemed remote* that the unused gift card balance will be redeemed. Finally, under the new guidance, we will record investments in equity method investees and recognize revenue associated with the establishment of master franchise entities in which we receive an equity interest in exchange for master franchise rights in an amount equal to the fair value of the equity interest received.

Read in AlphaSense

## C - Citigroup Inc | **Annual Report** (10K , 23-Feb-18, 328 pages)

Commercial commitments generally have floating interest rates and fixed expiration dates and may require payment of fees. Such fees (net of certain direct costs) are deferred and, upon exercise of the commitment, amortized over the life of the loan or, if exercise is *deemed remote*, amortized over the commitment period. Commercial and Similar Letters of Credit

ASC 450 does not require disclosure of an estimate of the reasonably possible loss or range of loss where an estimate cannot be made. Neither accrual nor disclosure is required for losses that are *deemed remote*. Litigation and Regulatory Contingencies

Read in AlphaSense

## QSP.UN.CA - Restaurant Brands International LP | **Annual Report** (10K , 23-Feb-18, 139 pages)

Under the new guidance, advertising fund contributions from franchisees and advertising fund expenditures will be reported on a gross basis in our statements of operations and the related advertising fund revenues and expenses may be reported in different periods. Additionally, estimated breakage income on gift cards will be recognized as gift cards are utilized instead of our current policy of deferring the breakage income until it is *deemed remote* that the unused gift card balance will be redeemed. Finally, under the new guidance, we will record investments in equity method investees and recognize revenue associated with the establishment of master franchise entities in which we receive an equity interest in exchange for master franchise rights in an amount equal to the fair value of the equity interest received.

Read in AlphaSense

## ALLY - Ally Financial Inc | **Annual Report** (10K , 21-Feb-18, 231 pages)

To estimate a range of probable or reasonably possible loss, we evaluate each individual case in the manner described above. We do not accrue for or disclose matters for which a loss event is *deemed remote*. For details regarding the nature of all material contingencies, refer to Note 30 to the Consolidated Financial Statements.

Read in AlphaSense

## CC - The Chemours Co | **Annual Report** (10K , 16-Feb-18, 142 pages)

For these sites in particular, there may be considerable variability between the clean-up activities that are currently being undertaken or planned and the ultimate actions that could be required. Therefore, considerable uncertainty exists with respect to environmental remediation costs, and, under adverse changes in circumstances, although *deemed remote*, the potential liability may range up to approximately $510 million above the amount accrued at December 31, 2017. In general, uncertainty is greatest and the range of potential liability is widest in the Investigation phase, narrowing over time as regulatory agencies approve site remedial plans.

For these sites in particular, there may be considerable variability between the clean-up activities that are currently being undertaken or planned and the ultimate actions that could be required. Therefore, considerable uncertainty exists with respect to environmental remediation costs and, under adverse changes in circumstances, although *deemed remote*, the potential liability may range up to approximately $510 above the amount accrued at December 31, 2017. For the years ended December 31, 2017, 2016, and 2015, Chemours incurred environmental remediation expenses of $48, $44, and $38, respectively.

Read in AlphaSense

## TXT - Textron Inc | **Annual Report** (10K , 15-Feb-18, 85 pages)

For those jurisdictions where the expiration date of tax carryforwards or the projected operating results indicate that realization is not more than likely, a valuation allowance is provided. In 2017, we recorded $46 million in deferred tax assets, along with a $33 million valuation allowance, related to state loss carryforwards as the likelihood that we will be able to utilize these carryforwards is no longer *deemed remote* predominately due to a consolidated filing election made during the year. 65

Read in AlphaSense

## JEF - Jefferies Financial Group Inc | **Annual Report** (10K , 26-Jan-18, 168 pages)

Our obligations under such guarantees could exceed the collateral amounts posted. Our maximum potential liability under these arrangements cannot be quantified; however, the potential for us to be required to make payments under such guarantees is *deemed remote*. Accordingly, no liability has been recognized for these arrangements.

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

The Parent Company's obligations under such guarantees could exceed the collateral amounts posted. **The maximum potential liability under these arrangements cannot be quantified; however, the potential for the Parent Company to be required to make payments under such guarantees is *deemed remote*.** Accordingly no liability has been recognized for these arrangements.

*Read in AlphaSense*

---

**SNEX - StoneX Group Inc** | **Annual Report** (10K , 14-Dec-17, 152 pages)

If the assessment indicates that a potentially material loss contingency is not probable, but is reasonably possible, or is probable but cannot be estimated, then the nature of the contingent liability, together with an estimate of the range of possible loss if determinable and material, would be disclosed. **Neither accrual nor disclosure is required for loss contingencies that are *deemed remote*.** The Company accrues legal fees related to contingent liabilities as they are incurred.

*Read in AlphaSense*

---

**ABC - AmerisourceBergen Corp** | **Annual Report** (10K , 21-Nov-17, 111 pages)

Each of our business units performs ongoing credit evaluations of its customers' financial condition and maintains reserves for probable bad debt losses based upon historical experience and for specific credit problems when they arise. **We write off balances against the reserves when collectability is *deemed remote*.** Each business unit performs formal, documented reviews of the allowance at least quarterly, and our largest business units perform such reviews monthly.

*Read in AlphaSense*

---

**EPAY - Bottomline Technologies Inc** | **Annual Report** (10K , 28-Aug-17, 104 pages)

interest features of the Notes are embedded derivative instruments. **The estimated fair value of the contingent interest features of the Notes was zero at issuance and at June 30, 2017, as the likelihood of any liability being incurred under these provisions was *deemed remote* and, to the extent occurring, the time period during which a contingent interest charge would apply is projected to be short.** The Notes were recorded upon issuance using a residual method of valuation, meaning since the Conversion Feature was initially a derivative instrument recorded at fair value, we allocated debt proceeds to the Conversion Feature based on the fair value of that instrument and the residual proceeds were allocated to the Notes.

*Read in AlphaSense*

---

**TGI - Triumph Group Inc** | **Annual Report** (10K , 24-May-17, 130 pages)

The Company records the allowance for doubtful accounts based on prior experience and for specific collectibility matters when they arise. **The Company writes off balances against the reserve when collectibility is *deemed remote*.** The Company's trade and other receivables are exposed to credit risk; however, the risk is limited due to the diversity of the customer base.

*Read in AlphaSense*

---

**MDXL - MediXall Group Inc** | **Amended Annual Report** (10K/A , 22-May-17, 49 pages)

Management is also exploring possible counterclaims against the plaintiffs. **The Company's legal counsel has opined that an unfavorable outcome of this case is *deemed remote* and any possible loss is deemed immaterial.** No adjustment has been reflected on the financial statements regarding this matter.

*Read in AlphaSense*

---

**NRBT - Novus Robotics Inc** | **Annual Report** (10K , 17-Apr-17, 60 pages)

D&R Technology failed to comply with Section 5 of the Securities Act of 1933 regarding registration of its common shares issued to shareholders of D Mecatronics in connection with its spin-off of D&R Technology in 2011. **In management's opinion, any legal liability with this failure to comply has been *deemed remote*.** 10. RESTATEMENT

*Read in AlphaSense*

---

**LOW - Lowe's Companies Inc** | **Annual Report** (10K , 04-Apr-17, 104 pages)

Therefore, to determine when redemption is remote, the Company analyzes an aging of the unredeemed cards based on the date of last stored-value card use. **The amount of revenue recognized from unredeemed stored-value cards for which redemption was *deemed remote* was not significant for 2016, 2015, and 2014.** Extended Protection Plans - The Company sells separately-priced extended protection plan contracts under a Lowe's-branded program for which the Company is ultimately self-insured.

*Read in AlphaSense*

---

**IRNC - Ironclad Encryption Corporation** | **Annual Report** (10K , 31-Mar-17, 23 pages)

Because the Company was historically engaged in the mineral exploration industry, the possibility exists that the Company may have environmental liabilities. Management has no knowledge of any actions of the Company that might give rise to such potential liabilities, but there can be no assurance that the Company

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

may not, at some future date, be deemed to have environmental liabilities, although the likelihood of such is *deemed remote*, and the amount and nature of any liabilities is impossible to estimate 3

Read in AlphaSense

**MDXL - MediXall Group Inc** | **Annual Report** (10K , 30-Mar-17, 45 pages)

Management is also exploring possible counterclaims against the plaintiffs. The Company's legal counsel has opined that an unfavorable outcome of this case is *deemed remote* and any possible loss is deemed immaterial. No adjustment has been reflected on the financial statements regarding this matter.

Read in AlphaSense

**BBY - Best Buy Co Inc** | **Annual Report** (10K , 24-Mar-17, 99 pages)

We recognize revenue from gift cards when the card is redeemed by the customer. For unredeemed gift cards, we recognize breakage when the likelihood of the gift card being redeemed by the customer is *deemed remote*, and we determine that we do not have a legal obligation to remit the value of the unredeemed gift cards to a relevant jurisdiction. We determine the breakage rate based on historical redemption patterns and record projected breakage 24 months after card issuance.

Read in AlphaSense

**VBIV - VBI Vaccines Inc** | **Annual Report** (10K , 20-Mar-17, 244 pages)

The Transfer Payment related to the achievement of the first milestone, which occurred during the three months ended June 30, 2015. The Transfer Payment was not recognized as a liability in the Company's prior financial statements because the probability of payment had previously been *deemed remote*. The Company is committed to make further contingent payments pursuant to defined milestones in the SPA depending on whether there continue to exist any issued and valid claims on the acquired patents.

Read in AlphaSense

**CBKCQ - Christopher & Banks Corp** | **Annual Report** (10K , 16-Mar-17, 71 pages)

Gift cards are recorded as a liability when issued and until they are redeemed, at which point a sale is recorded. Unredeemed gift cards ("gift card breakage") is recognized as a reduction of merchandise, buying and occupancy costs when the likelihood of a gift card being redeemed by a customer in the future is *deemed remote* and the Company determines that there is no legal obligation to remit the value of the unredeemed gift card to any state or local jurisdiction as unclaimed or abandoned property. The Company utilizes historical redemption patterns in order to estimate the rate and timing of breakage associated with gift cards.

Read in AlphaSense

**MGI - MoneyGram International Inc** | **Annual Report** (10K , 16-Mar-17, 263 pages)

Realized gains and losses and other-than-temporary impairments are recorded in the Consolidated Statements of Operations under "Net securities gains." Interest income on residential mortgage-backed securities for which risk of credit loss is *deemed remote* is recorded utilizing the level yield method. Changes in estimated cash flows, both positive and negative, are accounted for with retrospective changes to the carrying value of investments in order to maintain a level yield over the life of the investment. Interest income on residential mortgage-backed securities for which risk of credit loss is not *deemed remote* is recorded under the prospective method as adjustments of yield. The Company applies the cost recovery method of accounting for interest to some of the investments within the available-for-sale portfolio.

Read in AlphaSense

**TRAC Intermodal LLC - TRAC Intermodal LLC** | **Annual Report** (10K , 07-Mar-17, 176 pages)

Terminated interest rate derivatives are reviewed periodically to determine if the forecasted transactions remain probable of occurring. If the forecasted transactions were *deemed remote*, the related portion of the gain or loss associated with the terminated derivative included in AOCI would be recognized in the Consolidated Statement of Operations immediately. On January 10, 2013, the Company entered into an interest rate swap transaction with Deutsche Bank AG.

Terminated interest rate derivatives are reviewed periodically to determine if the forecasted transactions remain probable of occurring. To the extent that the debt instrument was also terminated or the occurrence of the interest payments on the debt is *deemed remote*, the related portion of the gain or loss associated with the terminated derivative included in AOCI would be recognized in the Consolidated Statements of Operations immediately. On January 10, 2013, the Company entered into an interest rate swap transaction with Deutsche Bank AG effectively converting $300,000 of variable rate debt based upon LIBOR into a fixed rate instrument.

Read in AlphaSense

**ALLY - Ally Financial Inc** | **Annual Report** (10K , 27-Feb-17, 193 pages)

To estimate a range of probable or reasonably possible loss, we evaluate each individual case in the manner described above. We do not accrue for or

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

disclose matters for which a loss event is *deemed remote*. For details regarding the nature of all material contingencies, refer to Note 30 to the Consolidated Financial Statements.

Read in AlphaSense

**COWN - Cowen Inc** | **Annual Report** (10K , 27-Feb-17, 139 pages)

The Company's disclosure includes an estimate of the reasonably possible loss or range of loss for those matters, for which an estimate can be made. Neither a reserve nor disclosure is required for losses that are *deemed remote*. The Company appropriately reserves for certain matters where, in the opinion of management, the likelihood of liability is probable and the extent of such liability is reasonably estimable.

The Company's disclosure includes an estimate of the reasonably possible loss or range of loss for those matters, for which an estimate can be made. Neither reserve nor disclosure is required for losses that are *deemed remote*. F- 17

The Company's disclosure includes an estimate of the reasonably possible loss or range of loss for those matters, for which an estimate can be made. Neither a reserve nor disclosure is required for losses that are *deemed remote*. The Company appropriately reserves for certain matters where, in the opinion of management, the likelihood of liability is probable and the extent of such liability is reasonably estimable.

Read in AlphaSense

**JEF - Jefferies Financial Group Inc** | **Annual Report** (10K , 27-Feb-17, 176 pages)

Jefferies obligations under such guarantees could exceed the collateral amounts posted. Jefferies maximum potential liability under these arrangements cannot be quantified; however, the potential for Jefferies to be required to make payments under such guarantees is *deemed remote*. Accordingly, no liability has been recognized for these arrangements.

Read in AlphaSense

**C - Citigroup Inc** | **Annual Report** (10K , 24-Feb-17, 337 pages)

Commercial commitments generally have floating interest rates and fixed expiration dates and may require payment of fees. Such fees (net of certain direct costs) are deferred and, upon exercise of the commitment, amortized over the life of the loan or, if exercise is *deemed remote*, amortized over the commitment period. Commercial and Similar Letters of Credit

ASC 450 does not require disclosure of an estimate of the reasonably possible loss or range of loss where an estimate cannot be made. Neither accrual nor disclosure is required for losses that are *deemed remote*. Litigation and Regulatory Contingencies

Read in AlphaSense

**CC - The Chemours Co** | **Annual Report** (10K , 17-Feb-17, 201 pages)

For these sites in particular there may be considerable variability between the clean-up activities that are currently being undertaken or planned and the ultimate actions that could be required. Therefore, considerable uncertainty exists with respect to environmental remediation costs and, under adverse changes in circumstances, although *deemed remote*, the potential liability may range up to approximately $535 million above the amount accrued at December 31, 2016. In general, uncertainty is greatest and the range of potential liability is widest in the investigation phase, and narrows over time as regulatory agencies approve site remedial plans, uncertainty is reduced and, ultimately, sites move into OM&M, where needed.

For these sites in particular there may be considerable variability between the clean-up activities that are currently being undertaken or planned and the ultimate actions that could be required. Therefore, considerable uncertainty exists with respect to environmental remediation costs and, under adverse changes in circumstances, although *deemed remote*, the potential liability may range up to approximately $535 above the amount accrued at December 31, 2016. For the years ended December 31, 2016, 2015, and 2014, Chemours incurred environmental remediation expenses of $44, $38, and $59, respectively.

Read in AlphaSense

**QSP.UN.CA - Restaurant Brands International LP** | **Annual Report** (10K , 17-Feb-17, 141 pages)

Under the new guidance, we anticipate advertising fund contributions from franchisees and advertising fund expenditures will be reported on a gross basis and the related advertising fund revenues and expenses may be reported in different periods. We anticipate that estimated breakage income on gift cards will be recognized as gift cards are utilized instead of our current policy of deferring the breakage income until it is *deemed remote* the unused gift card balance will be redeemed. We do not believe this guidance will materially impact our recognition of revenue from Company restaurant sales, our recognition of royalty revenues from franchisees, or our recognition of revenues from property rentals.

Read in AlphaSense

**QSR - Restaurant Brands International Inc** | **Annual Report** (10K , 17-Feb-17, 113 pages)

Under the new guidance, we anticipate advertising fund contributions from franchisees and advertising fund expenditures will be reported on a gross basis and the related advertising fund revenues and expenses may be reported in different periods. We anticipate that estimated breakage income on gift cards will be

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

recognized as gift cards are utilized instead of our current policy of deferring the breakage income until it is **deemed remote** the unused gift card balance will be redeemed. We do not believe this guidance will materially impact our recognition of revenue from Company restaurant sales, our recognition of royalty revenues from franchisees, or our recognition of revenues from property rentals.

*Read in AlphaSense*

---

**GPI - Group 1 Automotive Inc** | **Annual Report** (10K , 17-Feb-17, 154 pages)

For policy years ended prior to October 31, 2005, our workers' compensation and general liability insurance coverage included aggregate retention (stop loss) limits in addition to a per claim deductible limit ("Stop Loss Plans"). Due to historical experience in both claims frequency and severity, the likelihood of breaching the aggregate retention limits described above was **deemed remote**, and as such, we elected not to purchase this stop loss coverage for the policy year beginning November 1, 2005 and for each subsequent year ("No Stop Loss Plans"). Our exposure per claim under the No Stop Loss Plans is limited to $1.0 million per occurrence, with unlimited exposure on the number of claims up to $1.0 million that may be incurred.

For policy years ended prior to October 31, 2005, the Company's U.S. workers' compensation and general liability insurance coverage included aggregate retention (stop loss) limits in addition to a per claim deductible limit ("Stop Loss Plans"). Due to historical experience in both claims frequency and severity, the likelihood of breaching the aggregate retention limits described above was **deemed remote**, and as such, the Company elected not to purchase this stop loss coverage for the policy year beginning November 1, 2005 and for each subsequent year ("No Stop Loss Plans"). The Company's exposure per claim under the No Stop Loss Plans is limited to $1.0 million per occurrence, with unlimited exposure on the number of claims up to $1.0 million that may be incurred.

*Read in AlphaSense*

---

**JEF - Jefferies Financial Group Inc** | **Annual Report** (10K, 27-Jan-17, 215 pages)

Our obligations under such guarantees could exceed the collateral amounts posted. Our maximum potential liability under these arrangements cannot be quantified; however, the potential for us to be required to make payments under such guarantees is **deemed remote**. Accordingly, no liability has been recognized for these arrangements.

The Parent Company's obligations under such guarantees could exceed the collateral amounts posted. The maximum potential liability under these arrangements cannot be quantified; however, the potential for the Parent Company to be required to make payments under such guarantees is **deemed remote**. Accordingly no liability has been recognized for these arrangements.

*Read in AlphaSense*

---

**OMNT - Ominto Inc** | **Annual Report** (10K, 29-Dec-16, 122 pages)

â—• Advertising and marketing - The Company offers three advertising programs which are sold to BAs and/or Partners in advance of several planned television and telemarketing advertising campaigns to generate new DubLi.com shopping customers for our BAs and/or Partners. Revenues for the respective advertising and marketing programs are recognized at a fixed rate per customer allocated to BAs in accordance with the terms and obligations under the programs or upon expiration based upon the following criteria - (i) when the Business Associate became inactive for twelve months and redemption was **deemed remote**, (ii) when the BA accepted an exchange under any replacement program, or (iii) when waivers and releases were obtained from the BA. Deferred Revenues

Commissions receivable from merchants is included in other receivables and prepaid expenses and totaled $120,000 and $480,000 for the years ended September 30, 2016 and 2015, respectively. â—• Advertising and marketing - Revenues for the respective advertising and marketing programs are recognized at a fixed rate per customer allocated to Business Associates in accordance with the terms and obligations under the programs or upon expiration based upon the following criteria - (i) when the Business Associate became inactive for twelve months and redemption was **deemed remote**, (ii) when the Business Associate accepted an exchange under any replacement program, or (iii) when waivers and releases were obtained from the Business Associate. F-14

*Read in AlphaSense*

---

**TRCK - Track Group Inc** | **Annual Report** (10K , 20-Dec-16, 62 pages)

A trial date has been set for January 3, 2017. The Company has not accrued any potential loss as the probability of incurring a material loss is **deemed remote** by management, after consultation with outside legal counsel. Boggs et al.

A trial date has been set for January 3, 2017. The Company has not accrued any potential loss as the probability of incurring a material loss is **deemed remote** by management, after consultation with outside legal counsel. F-25

*Read in AlphaSense*

---

**SNEX - StoneX Group Inc** | **Annual Report** (10K , 14-Dec-16, 367 pages)

If the assessment indicates that a potentially material loss contingency is not probable, but is reasonably possible, or is probable but cannot be estimated, then the nature of the contingent liability, together with an estimate of the range of possible loss if determinable and material, would be disclosed. Neither accrual nor disclosure is required for loss contingencies that are **deemed remote**. The Company accrues legal fees related to contingent liabilities as they are incurred.

*Read in AlphaSense*

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**ABC - AmerisourceBergen Corp** | **Annual Report** (10K , 22-Nov-16, 115 pages)

Each of our business units performs ongoing credit evaluations of its customers' financial condition and maintains reserves for probable bad debt losses based on historical experience and for specific credit problems when they arise. We write off balances against the reserves when collectability is ***deemed remote***. Each business unit performs formal, documented reviews of the allowance at least quarterly, and our largest business units perform such reviews monthly.

*Read in AlphaSense*

**SYY - Sysco Corp** | **Annual Report** (10K , 30-Aug-16, 118 pages)

Sysco believes that one of the above-mentioned events is reasonably possible for certain plans in which it participates and estimates its share of withdrawal liability for these plans could have been as much as $86.0 million as of July 2, 2016. This estimate excludes plans for which Sysco has recorded withdrawal liabilities or where the likelihood of the above-mentioned events is ***deemed remote***. This estimate is based on the information available from plan administrators, which had a valuation date of December 31, 2013 and January 1, 2015 for a majority of the plans.

*Read in AlphaSense*

**EPAY - Bottomline Technologies Inc** | **Annual Report** (10K , 29-Aug-16, 100 pages)

The contingent interest features of the Notes are embedded derivative instruments. The estimated fair value of the contingent interest features of the Notes was zero at issuance and at June 30, 2016, as the likelihood of any liability being incurred under these provisions was ***deemed remote*** and, to the extent occurring, the time period during which a contingent interest charge would apply is projected to be short. The Notes were recorded upon issuance using a residual method of valuation, meaning since the Conversion Feature was initially a derivative instrument recorded at fair value we allocated debt proceeds to the Conversion Feature based on the fair value of that instrument and the residual proceeds were allocated to the Notes.

*Read in AlphaSense*

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.