IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re The Chemours Company*<br>*Securities Litigation* | Civil Action No. 19-1911-CFC<br>CLASS ACTION |

## ORDER

At Wilmington on this Twenty-fourth day of February in 2022:

For the reasons set forth in the Memorandum Opinion issued this day, IT IS

HEREBY ORDERED that Defendants' Motion to Dismiss the Consolidated Class

Action Complaint (D.I. 34) is GRANTED IN PART AND DENIED IN PART:

1.    To the extent Plaintiff's claims rest on allegations that Defendants

falsely stated in Chemours's Q1, Q2, and Q3 2018 Form 10-Qs, 2018 Form 10-K,

and Q1 2019 Form 10-Q that Chemours's liabilities would only be "up to" between

$763 and $780 million, that Defendants believed these statements were false based

on their knowledge of the contents of a report and presentations made by

Confidential Witness 3, and that the falsity of these statements was revealed in a

May 6, 2019, presentation of a hedge fund CEO that caused a drop in Chemours's

share price, the Motion is DENIED; and

2.    In all other respects, the Motion is GRANTED and the claims are

DISMISSED.

_____
CHIEF JUDGE

ii