## CERTIFICATE OF COMPLIANCE WITH
## <u>TYPEFACE REQUIREMENT AND TYPE-VOLUME LIMITATION</u>

This document complies with the type, font, and word limitations set forth in the Court's Standing Order Regarding Briefing in All Cases and Local Rules 7.1.3 and 7.1.5, as it is set in 14-point Times New Roman typeface, double spaced, does not exceed 10 pages, and contains 2,499 words as counted by Microsoft Word, excluding the case caption, table of contents, table of citations, and signature block.

*/s/  Christopher M. Foulds*
Christopher M. Foulds (Bar No. 5169)

{FG-W0494418.}