## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE THE CHEMOURS
COMPANY SECURITIES
LITIGATION

C.A. NO. 1:19-CV-01911-CFC
Hon. Colm F. Connolly

CLASS ACTION

This Document Relates To:

ALL ACTIONS.

## DECLARATION OF BRUCE E. JAMESON IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION OR REARGUMENT

**PRICKETT JONES & ELLIOTT, P.A**

Bruce E. Jameson (Bar No. 2931)
Marcus E. Montejo (Bar No. 4890)
Samuel L. Closic (Bar No. 5468)
1310 King Street
Wilmington, Delaware 19801
Telephone: (302) 888-6500

*Liaison Counsel for the Class*

**SAXENA WHITE P.A.**

Maya S. Saxena
Joseph E. White, III
Lester R. Hooker
Dianne M. Pitre
7777 Glades Road, Suite 300
Boca Raton, Florida 33434
Telephone: (561) 394-3399

Steven B. Singer
Kyla Grant
10 Bank Street, 8th Floor
White Plains, New York 10606
Telephone: (914) 437-8551

David R. Kaplan
12750 High Bluff Drive, Suite 475
San Diego, California 92130
Telephone: (858) 997-0860

*Counsel for Lead Plaintiff New York State Teachers' Retirement System and Lead Counsel for the Class*

**March 30, 2022**

1

I, Bruce E. Jameson, declare as follows:

1.      I am a member in good standing of the bars of the State of Delaware and of this Court. I am a Director of Prickett Jones & Elliott, P.A.  I submit this declaration in further support of the Motion filed by Lead Plaintiff New York State Teachers' Retirement System for partial reconsideration or reargument of the Court's February 24, 2022 order (ECF Nos. 57-58) granting in part Defendants' motion to dismiss the Consolidated Class Action Complaint.

2.      Attached hereto are true and correct copies of the following exhibits:

EXHIBIT 1:    Excerpts from Chemours's 2019 Form 10-K;

EXHIBIT 2:    Excerpts from Accounting Standards Codification (ASC) 410-30; and

EXHIBIT 3:    Separation Agreement between DuPont and Chemours, dated June 26, 2015.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of March, 2022.

/s/ Bruce E. Jameson
Bruce E. Jameson

2