**CERTIFICATE OF COMPLIANCE WITH**
**TYPEFACE REQUIREMENT AND TYPE-VOLUME LIMITATION**

This document complies with the type, font, and word limitations set forth in the Court's Standing Order Regarding Briefing in All Cases and Local Rules 7.1.3 and 7.1.5 and the Court's March 24, 2022 order authorizing supplemental briefing, as it is set in 14-point Times New Roman typeface, double spaced, and contains 1,149 words as counted by Microsoft Word, excluding the case caption and signature block.

*/s/ Joel Friedlander*

Joel Friedlander (Bar No. 3163)

{FG-W0494783.}