**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE THE CHEMOURS COMPANY SECURITIES LITIGATION | C.A. NO. 1:19-CV-01911-CFC<br>Hon. Colm F. Connolly |
| This document relates to all actions. | CLASS ACTION |

**DECLARATION OF JOEL FRIEDLANDER IN SUPPORT
OF DEFENDANTS' SURREPLY TO LEAD PLAINTIFF'S
MOTION FOR PARTIAL RECONSIDERATION OR REARGUMENT**

I, JOEL FRIEDLANDER declare, under penalty of perjury, that:

1.      I am an attorney licensed to practice before all the courts of the State of Delaware and this Court.  I am a partner with Friedlander & Gorris, P.A., counsel for Defendants The Chemours Company, Mark P. Vergnano, and Mark E. Newman.  I submit this declaration in support of the Defendants' Surreply to Lead Plaintiff's Motion for Partial Reconsideration or Reargument, D.I. 68 ("Defendants' Surreply").

2.      Attached is a true and correct copy of the document cited in Defendants' Surreply, Ex. 1, the transcript of the parties' March 24, 2022 scheduling conference before the Court.  I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 6, 2022, at Wilmington, Delaware.

1

Joel Friedlander (Bar No. 3163)
FRIEDLANDER & GORRIS P.A.
1201 N. Market Street, Suite 2200
Wilmington, DE  19801
(302) 573-3500
jfriedlander@friedlandergorris.com

*Counsel for Defendants The Chemours
Company, Mark P. Vergnano, and Mark E.
Newman*

2