IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re The Chemours Company Securities Litigation* | Civil Action No. 19-1911-CFC<br>CLASS ACTION |

## **MEMORANDUM ORDER**

At Wilmington on this Nineteenth day of May in 2022:

WHEREAS the Court has issued, in conjunction with this Order, an order that dismisses all claims with prejudice; and

WHEREAS the Private Securities Litigation Reform Act of 1995 requires that the Court, "upon final adjudication of the action, . . . include in the record specific findings regarding compliance by each party and each attorney representing any party with each requirement of Rule 11(b) of the Federal Rules of Civil Procedure as to any complaint, responsive pleading, or dispositive motion[,]" 15 U.S.C. § 78u–4(c)(1);

Now therefore, IT IS HEREBY ORDERED that:

1.  Lead Plaintiff shall, on or before Friday, June 3, 2022, file with the Court and provide the Court with hard copies of the transcript of the deposition of

Mr. Paul Kirsch that took place in Memphis, Tennessee on April 21, 2022 and all exhibits thereto;

  2. A status conference to discuss the Court's review of the parties' and the attorneys' compliance with Rule 11(b) shall be held on August 2, 2022, at 1:00 PM in Courtroom 4B; and

  3. The parties shall preserve such documents and other materials as may be relevant to the Court's review of the compliance of the parties and their attorneys with Rule 11(b).

_____<br>
CHIEF JUDGE