**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE THE CHEMOURS COMPANY SECURITIES LITIGATION | C.A. NO. 1:19-CV-01911-CFC<br>Hon. Colm F. Connolly<br><br>CLASS ACTION |
| This Document Relates To:<br>ALL ACTIONS. | |

**NOTICE OF FILING OF TRANSCRIPT OF DEPOSITION OF
PAUL KIRSCH AND EXHIBITS THERETO**

PLEASE TAKE NOTICE, that pursuant to the Court's May 19, 2022 Order (Dkt. 74), Plaintiff hereby files as Exhibit A the transcript of the deposition of Paul Kirsch, which took place in Memphis, Tennessee on April 21, 2022, and all exhibits thereto. In addition to the above-referenced transcript and exhibits, Plaintiff is prepared to submit additional materials to the Court at or in advance of the August 2, 2022 status conference that establish the reasonableness of its investigation with respect to Mr. Kirsch—which was conducted with the assistance of Quest Research & Investigations LLC, a highly reputable private investigation firm with extensive experience in complex litigation investigations (*see* www.questinvestigates.com)— as well as its good faith basis for the specific allegations pertaining to Mr. Kirsch that were included in the Consolidated Class Action Complaint (ECF No. 30).

Dated: June 3, 2022

Respectfully Submitted,

/s/    *Bruce E. Jameson*
Bruce E. Jameson (Bar No. 2931)
Marcus E. Montejo (Bar No. 4890)
Samuel L. Closic (Bar No. 5468)
**PRICKETT JONES & ELLIOTT, P.A**
1310 King Street
Wilmington, Delaware 19801
Telephone: (302) 888-6500
Facsimile: (302) 658-8111
bejameson@prickett.com
memontejo@prickett.com
slclosic@prickett.com

*Liaison Counsel for the Class*

Maya Saxena
Joseph E. White III
Lester R. Hooker
Dianne M. Pitre
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
dpitre@saxenawhite.com

Steven B. Singer
Kyla Grant
**SAXENA WHITE P.A.**
10 Bank Street
White Plains, New York 10606
Telephone: (914) 437-8551
Facsimile: (888) 216-2220
ssinger@saxenawhite.com

2

3

kgrant@saxenawhite.com

David R. Kaplan
**SAXENA WHITE P.A.**
12750 High Bluff Drive, Suite 475
San Diego, California 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com

*Counsel for Lead Plaintiff New York
State Teachers' Retirement System
and Lead Counsel for the Class*

4870-6970-1923, v. 1