# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE THE CHEMOURS COMPANY SECURITIES LITIGATION | C.A. NO. 1:19-CV-01911-CFC<br><br>Hon. Colm F. Connolly<br><br><u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | |

## EXHIBIT A TO NOTICE OF FILING OF TRANSCRIPT OF DEPOSITION OF PAUL KIRSCH AND EXHIBITS THERETO
### <u>(PUBLIC INSPECTION VERSION)</u>

OF COUNSEL:
SAXENA WHITE P.A.
Maya Saxena
Joseph E. White III
Lester R. Hooker
Dianne M. Pitre
SAXENA WHITE P.A.
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

Steven B. Singer
Kyla Grant
10 Bank Street
White Plains, New York 10606
Telephone: (914) 437-8551
Facsimile: (888) 216-2220

Dated: June 9, 2022

PRICKETT, JONES & ELLIOTT, P.A.

Bruce E. Jameson (#2931)
Marcus E. Montejo (Bar No. 4890)
1310 N. King Street
Wilmington, Delaware 19801
(302) 888-6500

*Liaison Counsel for the Class*

# EXHIBIT A

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

_____

IN RE THE CHEMOURS COMPANY )C.A. NO.

SECURITIES LITIGATION        )1:19-CV-01911-CFC

                             )

_____

This document relates to:   )

All Actions                  )

_____


AUDIOVISUAL DEPOSITION

OF

PAUL KIRSCH

April 21, 2022


C O N F I D E N T I A L

# THE REMAINDER OF THIS DOCUMENT IS REDACTED IN ITS ENTIRETY.