# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE THE CHEMOURS COMPANY SECURITIES LITIGATION | C.A. NO. 1:19-CV-01911-CFC <br> Hon. Colm F. Connolly <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br>     ALL ACTIONS. | |

## EXHIBIT 9 TO NOTICE OF FILING OF TRANSCRIPT OF DEPOSITION OF PAUL KIRSCH AND EXHIBITS THERETO <br> <u>(PUBLIC INSPECTION VERSION)</u>

OF COUNSEL: <br>
SAXENA WHITE P.A. <br>
Maya Saxena <br>
Joseph E. White III <br>
Lester R. Hooker <br>
Dianne M. Pitre <br>
SAXENA WHITE P.A. <br>
7777 Glades Road, Suite 300 <br>
Boca Raton, FL 33434 <br>
Telephone: (561) 394-3399 <br>
Facsimile: (561) 394-3382 <br><br>

Steven B. Singer <br>
Kyla Grant <br>
10 Bank Street <br>
White Plains, New York 10606 <br>
Telephone: (914) 437-8551 <br>
Facsimile: (888) 216-2220 <br><br>

Dated: June 9, 2022

PRICKETT, JONES & ELLIOTT, P.A.

Bruce E. Jameson (#2931) <br>
Marcus E. Montejo (Bar No. 4890) <br>
1310 N. King Street <br>
Wilmington, Delaware 19801 <br>
(302) 888-6500 <br><br>

*Liaison Counsel for the Class*

# EXHIBIT 9

# THE REMAINDER OF THIS DOCUMENT IS REDACTED IN ITS ENTIRETY.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE THE CHEMOURS COMPANY SECURITIES LITIGATION | C.A. NO. 1:19-CV-01911-CFC<br><br>Hon. Colm F. Connolly<br><br><br>CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | |

## EXHIBIT 10 TO NOTICE OF FILING OF TRANSCRIPT OF DEPOSITION OF PAUL KIRSCH AND EXHIBITS THERETO
## (PUBLIC INSPECTION VERSION)

OF COUNSEL:
SAXENA WHITE P.A.
Maya Saxena
Joseph E. White III
Lester R. Hooker
Dianne M. Pitre
SAXENA WHITE P.A.
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

Steven B. Singer
Kyla Grant
10 Bank Street
White Plains, New York 10606
Telephone: (914) 437-8551
Facsimile: (888) 216-2220

Dated: June 9, 2022

PRICKETT, JONES & ELLIOTT, P.A.

Bruce E. Jameson (#2931)
Marcus E. Montejo (Bar No. 4890)
1310 N. King Street
Wilmington, Delaware 19801
(302) 888-6500

*Liaison Counsel for the Class*

# EXHIBIT 10

# THE REMAINDER OF THIS DOCUMENT IS REDACTED IN ITS ENTIRETY.