# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE THE CHEMOURS
COMPANY SECURITIES
LITIGATION

C.A. NO. 1:19-CV-01911-CFC
Hon. Colm F. Connolly

CLASS ACTION

This Document Relates To:

ALL ACTIONS.

## DECLARATION OF BRUCE E. JAMESON IN SUPPORT OF LEAD PLAINTIFF'S SUBMISSION

**PRICKETT JONES & ELLIOTT, P.A**

Bruce E. Jameson (Bar No. 2931)
Marcus E. Montejo (Bar No. 4890)
Samuel L. Closic (Bar No. 5468)
1310 King Street
Wilmington, Delaware 19801
Telephone: (302) 888-6500

*Liaison Counsel for the Class*

**SAXENA WHITE P.A.**

Maya S. Saxena
Joseph E. White, III
Lester R. Hooker
Dianne M. Pitre
7777 Glades Road, Suite 300
Boca Raton, Florida 33434
Telephone: (561) 394-3399

Steven B. Singer
Kyla Grant
10 Bank Street, 8th Floor
White Plains, New York 10606
Telephone: (914) 437-8551

David R. Kaplan
12750 High Bluff Drive, Suite 475
San Diego, California 92130
Telephone: (858) 997-0860

*Counsel for Lead Plaintiff New York State Teachers' Retirement System and Lead Counsel for the Class*

**July 8, 2022**

I, Bruce E. Jameson, declare and state as follows:

1.   I am a stockholder and Director of the law firm Prickett, Jones & Elliott, P.A.  I am in good standing as a member of the Bar of Delaware. I submit this Declaration in support of the submission filed by Lead Plaintiff New York State Teachers' Retirement System in accordance with the Court's June 21, 2022 Order. I have personal knowledge of the matters set forth herein.

2.   Attached hereto are true and correct copies of the following:

EXHIBIT 1:      Declaration of Luke Brindle-Khym

EXHIBIT 2:      Declaration of Emily Rand

EXHIBIT 3:      Declaration of David Usborne

EXHIBIT 4:      Declaration of Jerome C. Pontrelli

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of July, 2022.

*/s/ Bruce E. Jameson*
Bruce E. Jameson

1