## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE THE CHEMOURS COMPANY SECURITIES LITIGATION | C.A. NO. 1:19-CV-01911-CFC<br>Hon. Colm F. Connolly<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | |

## LEAD PLAINTIFF'S SUBMISSION IN RESPONSE TO
## COURT'S JUNE 21, 2022 ORDER
## (PUBLIC INSPECTION VERSION)

**PRICKETT JONES & ELLIOTT, P.A**

Bruce E. Jameson (Bar No. 2931)
Marcus E. Montejo (Bar No. 4890)
Samuel L. Closic (Bar No. 5468)
1310 King Street
Wilmington, Delaware 19801
Telephone: (302) 888-6500

*Liaison Counsel for the Class*

**SAXENA WHITE P.A.**

Maya S. Saxena
Joseph E. White, III
Lester R. Hooker
Dianne M. Pitre
7777 Glades Road, Suite 300
Boca Raton, Florida 33434
Telephone: (561) 394-3399

Steven B. Singer
Kyla Grant
10 Bank Street, 8th Floor
White Plains, New York 10606
Telephone: (914) 437-8551

David R. Kaplan
12750 High Bluff Drive, Suite 475
San Diego, California 92130
Telephone: (858) 997-0860

*Counsel for Lead Plaintiff New York State Teachers' Retirement System and Lead Counsel for the Class*

**July 15, 2022**

# THE REMAINDER OF THIS DOCUMENT IS REDACTED IN ITS ENTIRETY.