IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re The Chemours Company*<br>*Securities Litigation* | Civil Action No. 19-1911-CFC<br>CLASS ACTION |

## ORDER

At Wilmington on this Second day of August in 2022:

WHEREAS the Court, on May 19, 2022, issued an order that dismissed all of Lead Plaintiff's claims with prejudice, D.I. 73;

WHEREAS the Private Securities Litigation Reform Act of 1995 requires that the Court, "upon final adjudication of the action, . . . include in the record specific findings regarding compliance by each party and each attorney representing any party with each requirement of Rule 11(b) of the Federal Rules of Civil Procedure as to any complaint, responsive pleading, or dispositive motion[,]" 15 U.S.C. § 78u–4(c)(1);

WHEREAS Rule 11(b) requires "an inquiry reasonable under the circumstances" before "presenting to the court a pleading[,]" Fed. R. Civ. P. 11(b);

WHEREAS the Court ordered on June 21, 2022 that "Lead Plaintiff shall . . . file with the Court . . . such 'materials . . . that establish the reasonableness of its

investigation with respect to Mr. [Paul] Kirsch [(i.e., Lead Plaintiff's Confidential Witness 3)] . . . as well as its good faith basis for the specific allegations pertaining to Mr. Kirsch that were included in the [Complaint,]'" D.I. 80 at iii (some alterations in original);

WHEREAS the Court reviewed the materials submitted by Lead Plaintiff, D.I. 83; D.I. 84; D.I. 85, and, pursuant to 15 U.S.C. § 78u–4(c)(1), heard argument from the parties at a hearing on August 2, 2022; and

WHEREAS, the Court made findings on the record during the August 2, 2022 hearing that all parties and their attorneys complied with the requirements of Rule 11(b) and, specifically, that Lead Plaintiff had sufficient evidence— considered as a whole—to support the filing of its Complaint;

Now therefore, IT IS HEREBY ORDERED that this case is closed.

_____
CHIEF JUDGE

ii